Prepared by:
Donald F. Campbell, Jr., Esq. (DC8924)

**GIORDANO, HALLERAN & CIESLA, P.C.**
125 Half Mile Road, Suite 300
Red Bank, N.J. 07701
Tel: (732) 741-3900
Fax: (732) 224 6599

Attorneys for Raymond Dietrich and Air
Technical Home Services d/b/a Air Technical
Services

| | |
|---|---|
| In re | **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY, TRENTON VICINAGE** |
| Carolyn E. Brown | |
| Debtor. | Chapter 13 |
| | Case No. **20-20921-MBK** |
| | Judge: Michael B. Kaplan |

## NOTICE OF APPEARANCE

**TO:    UNITED STATES BANKRUPTCY COURT**

Please take notice that, pursuant to Rule 2002 of the Bankruptcy Rules, Creditor,

Raymond Dietrich and Air Technical Home Services d/b/a Air Technical Services, hereby appears

in the above-captioned matter and requests that all notices given or required to be given and

all papers served or required to be served in this case be given to and served upon the following:

**GIORDANO, HALLERAN & CIESLA, P.C.**
125 Half Mile Road, Suite 300
Red Bank, N.J. 07701

Attn:    Donald F. Campbell, Esq.
(E)        dcampbell@ghclaw.com
(O)        (732) 741-3900
(F )        (732) 224-6599

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any notices of orders, pleadings, motions, applications, complaints, demands, hearings, plans, disclosure statements, requests, petitions, objections, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents brought before this Court with respect to these proceedings.

**PLEASE TAKE FURTHER NOTICE** that this appearance and request for notice is without prejudice to the rights, remedies and claims of Raymond Dietrich and Air Technical Home Services d/b/a Air Technical Services against other entities or any objection that may be made to the subject matter jurisdiction of the Court or the propriety of venue, and shall not be deemed a claim, construed to submit Raymond Dietrich and Air Technical Home Services d/b/a Air Technical Services to the jurisdiction of the Court or act as a waiver of Raymond Dietrich and Air Technical Home Services d/b/a Air Technical Services' right to a jury trial.

All rights remedies and claims of Raymond Dietrich and Air Technical Home Services d/b/a Air Technical Services are hereby expressly reserved, including without limitation, the right to a motion seeking abstention, withdrawal, dismissal or transfer of the case or a proceeding therein.

GIORDANO HALLERAN & CIESLA
Attorneys for Creditor, Raymond Dietrich and Air
Technical Home Services d/b/a Air Technical Services

By:     */s/  Donald F. Campbell, Jr.*
        DONALD F. CAMPBELL, JR

Dated:  October 26, 2020