```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Collins, Vella & Casello, LLC
2317 Highway 34, Suite 1A
Manasquan, NJ 08736
(732)751-1766
Joseph M. Casello, Esq.
Attorneys for the Debtor
```

| In Re: | Case No.: | 20-20921 |
|---|---|---|
| Carolyn E. Brown | Chapter: | 13 |
| | Judge: | Kaplan |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:    High Speed Capital, LLC
(Example: John Smith, creditor)

Old address:    30 Broad Street, Ste 1407
New York, NY 10004-2304

New address:    1 Evertrust Plz, Ste 1401
Jersey City, NJ 07302-3087

New phone no.:
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 10-29-2020

Signature

rev.2/1/16