| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) COLLINS, VELLA & CASELLO, LLC 2317 Highway 34, Suite 1A Manasquan, NJ 08736 (732)751-1766 Joseph Casello, Esq. Attorneys for the Debtor | Case No.: | 20-20921 |
| | Chapter: | 13 |
| In Re: Carolyn E. Brown | Adv. No.: | |
| | Hearing Date: | 12/1/2020 |
| | Judge: | Kaplan |

## CERTIFICATION OF SERVICE

1. I, _____Courtney Parker_____ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for _____Joseph M. Casello_____, who represents _____the Debtor_____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____October 29, 2020_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   1. Motion to Excuse the Debtor from Appearance at 341(a) Meeting of Creditors and Conducting Meeting of Creditors Via Written Examination
   2. Certification of Douglas Brown
   3. Proposed Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __10/29/2020__    _Courtney Parker_
                        Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| William M.E. Powers III, Esq.<br>Powers Kirn, LLC<br>728 Marne Highway, Suite 200<br>Moorestown, NJ 08057 | Attorneys for Wells Fargo Bank, N.A. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Denise Carlon, Esq.<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Attorneys for Quicken Loans, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| GIORDANO, HALLERAN & CIESLA, P.C.<br>125 Half Mile Road, Suite 300<br>Red Bank, NJ 07701<br>Attn: Donald F. Campbell, Esq. | Attorneys for Raymond Dietrich and Air Technical Home Services d/b/a Air Technical Services | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo, Esq.<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the United States Trustee<br>One Newark Center – Suite 2100<br>Newark, New Jersey 07102 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |