Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  20−20921−MBK
                Chapter:  13
                Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carolyn E. Brown
   11 Oak Glen Lane
   Colts Neck, NJ 07722

Social Security No.:
   xxx−xx−0239

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:         12/1/20
Time:        10:00 AM
Location:      Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 27, 2020
JAN: wdr

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Carolyn E. Brown  
    Debtor(s)

Case No. 20-20921-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Oct 27, 2020      Form ID: 132      Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carolyn E. Brown, 11 Oak Glen Lane, Colts Neck, NJ 07722-1612 |
| cr | + | Air Technical Home Services LLC d/b/a Air Technica, c/o Giordano, Halleran & Ciesla, P.C., 125 Half Mile Road, Suite 300, Red Bank, NJ 07701-6777 |
| cr | + | Raymond Dietrich, c/o Giordano, Halleran & Ciesla, P.C., 125 Half Mile Road, Suite 300, Red Bank, NJ 07701-6777 |
| 519000420 | + | Alta Mar Condominium Association, 2825 Palm Beach Blvd, Fort Myers, FL 33916-1513 |
| 518966523 | + | American Express, Bankruptcy Department, P.O. Box 981540, El Paso, TX 79998-1540 |
| 518994497 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518966524 | + | Axios Bank, 9205 W. Russell Road, Suite 400, Las Vegas, NV 89148-1468 |
| 518966525 | + | Bank of America, PO Box 15710, Wilmington, DE 19886-5710 |
| 519001119 | + | Browns Heating Cooling Inc, 88 Birch Ave, Little Silver, NJ 07739-1107 |
| 518966527 | + | Citicard, P.O. Box 9001037, Louisville, KY 40290-1037 |
| 518966528 | + | Complete Business Solutions Group, PAR Funding, 2000 PGA Blvd, Suite 4440, North Palm Beach, FL 33408-2738 |
| 518966529 | | Elan Financial Svcs, P.O. Box 7904408, Saint Louis, MO 63179-0408 |
| 518966530 | | Everest Business Funding, 8200 BW 52nd Terrace, 2nd Floor, Doral, FL 33166 |
| 518966531 | + | Everydat Capital, 116 Nassau Street, Suite 804, New York, NY 10038-2481 |
| 518966532 | + | Fast Capital 360, Forward Financing, 100 Sumer Street, Suite 175, Boston, MA 02110-2106 |
| 518966534 | | High Speed Capital, LLC, 30 Broad St, Ste 1407, New York, NY 10004-2304 |
| 518986717 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518966536 | + | McComber & McComber, 54 Shrewsbury Ave, Red Bank, NJ 07701-1176 |
| 518966537 | + | Mermorial Sloan Kettering, 1275 York Avenue, New York, NY 10065-6094 |
| 519000423 | + | Pioneer Credit Recovery, PO Box 1018, Moorestown, NJ 08057-0018 |
| 518966539 | + | Raymond Dietrich, 1095 Ridge Ave, Manahawkin, NJ 08050-5608 |
| 519000424 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 519000422 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Lexus Financial Services, P.O. Box 9490, Cedar Rapids, IA 52409-9490 |
| 518992263 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518966540 | | Wells Fargo, PO Box 10306, Des Moines, IA 50306-0306 |
| 518986419 | | Wells Fargo Bank, N.A., Attn: Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 27 2020 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 27 2020 20:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518966533 | + | Email/Text: cashiering-administrationservices@flagstar.com | Oct 27 2020 20:54:00 | Flagstar Bank, 5151 Corporate Drive 3W-125, Troy, MI 48098-2639 |
| 519000421 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 27 2020 20:53:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

| 518966526 | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 27 2020 23:01:20 | Chase, Card Memeber Services, P.O. Box 15153, Wilmington, DE 19886-5153 |
|---|---|---|---|
| 518966535 | + Email/Text: n.gong@mantisfunding.com | Oct 27 2020 20:52:00 | Mantis Funding, National Business & Capital Services, 64 Beaver Street, Suite 344, New York, NY 10004-2508 |
| 518966538 | + Email/Text: bankruptcyteam@quickenloans.com | Oct 27 2020 20:54:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-1906 |

TOTAL: 7

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518994498 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2020        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Donald F. Campbell, Jr. | on behalf of Creditor Air Technical Home Services LLC d/b/a Air Technical Services dcampbell@ghclaw.com 4433@notices.nextchapterbk.com |
| Donald F. Campbell, Jr. | on behalf of Creditor Raymond Dietrich dcampbell@ghclaw.com 4433@notices.nextchapterbk.com |
| Joseph Casello | on behalf of Debtor Carolyn E. Brown jcasello@cvclaw.net jcasello627@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers, III | on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com |

TOTAL: 7