| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>COLLINS, VELLA & CASELLO, LLC<br>2317 Highway 34, Suite 1A<br>Manasquan, NJ 08736<br>(732)751-1766<br>Joseph Casello, Esq.<br>Attorneys for the Debtor<br><br>In Re:<br><br>Carolyn E. Brown | Case No.: 20-20921<br><br>Chapter: 13<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: Kaplan |

## CERTIFICATION OF SERVICE

1. I, __Courtney Parker__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Joseph M. Casello__, who represents __the Debtor__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __November 3, 2020__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   1. Order Respecting Amendment to Voluntary Petition and/or Statement about Your Social Security Numbers
   2. Amended Statement About Your Social Security Numbers

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __11/3/2020__                    __Courtney Parker__
                                        Signature

SERVICE LIST- Mailed Via Regular Mail

American Express
Bankruptcy Department
P.O. Box 981540
El Paso, TX 79998

Axios Bank
9205 W. Russell Road
Suite 400
Las Vegas NV 89148

Bank of America
PO Box 15710
Wilmington DE 19886

Chase
Card Member Services
P.O. Box 15153
Wilmington DE 19886-5153

Citicard
P.O. Box 9001037
Louisville KY 40290-0000

Complete Business Solutions Group
PAR Funding
2000 PGA Blvd
Suite 4440
North Palm Beach FL 33408

Elan Financial Svcs
P.O. Box 7904408
Saint Louis MO 63179-0408

Everest Business Funding
8200 BW 52nd Terrace
2nd Floor
Doral FL 33166

Everyday Capital
116 Nassau Street
Suite 804
New York NY 10038

Fast Capital 360
Forward Financing
100 Sumer Street
Suite 175
Boston, MA 02110

Flagstar Bank
5151 Corporate Drive 3W-125
Troy, MI 48098

High Speed Capital, LLC\
1 Evertrust Plz, Ste 1401
Jersey City, NJ 07302-3087

Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346

Lexus Financial Services
P.O. Box 9490
Cedar Rapids IA 52409-9490

Mantis Funding
National Business & Capital Services
64 Beaver Street, Suite 344
New York NY 10004

Memorial Sloan Kettering
1275 York Avenue
New York NY 10065

Quicken Loans
1050 Woodward Ave
Detroit MI 48226

Raymond Dietrich
1095 Ridge Ave
Manahawkin NJ 08050

State of New Jersey
Division of Taxation
P.O. Box 245
Trenton NJ 08695-0245

Wells Fargo
PO Box 10306
Des Moines IA 50306-0306

Albert Russo, Esq.
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650 .

Office of the United States Trustee
One Newark Center – Suite 2100
Newark, New Jersey 07102

William M.E. Powers III, Esq.
Powers Kirn, LLC
728 Marne Highway, Suite 200
Moorestown, NJ 08057

Denise Carlon, Esq.
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

GIORDANO, HALLERAN & CIESLA, P.C.
125 Half Mile Road, Suite 300
Red Bank, NJ 07701
Attn: Donald F. Campbell, Esq.