| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>COLLINS, VELLA & CASELLO, LLC<br>2317 Highway 34, Suite 1A<br>Manasquan, NJ 08736<br>(732)751-1766<br>Joseph Casello, Esq.<br>Attorneys for the Debtor<br><br>In Re:<br><br>Carolyn E. Brown | Case No.: 20-20921<br><br>Chapter: 13<br><br>Adv. No.: <br><br>Hearing Date: <br><br>Judge: Kaplan |

## CERTIFICATION OF SERVICE

1. I, __Courtney Parker__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Joseph M. Casello__, who represents __the Debtor__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __November 3, 2020__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   1. Notice Re: Amended Social Security Number
   2. Order Respecting Amendment to Voluntary Petition and/or Statement about Your Social Security Numbers
   3. Amended Statement About Your Social Security Numbers

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __11/4/2020__                                        __Courtney Parker__
                                                                          Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Equifax<br>P.O. Box 740256<br>Atlanta, GA 30374-0256 |  | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Experian<br>P.O. Box 4500<br>Allen, TX 75013 |  | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| TransUnion<br>P.O. Box 2000<br>Chester, PA 19016-2000 |  | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |