## Joe Casello

| | |
|---|---|
| From: | USBankruptcyCourts@noticingcenter.com |
| Sent: | Friday, November 06, 2020 3:21 PM |
| To: | jcasello@cvclaw.net |
| Subject: | U.S. Bankruptcy Court, District of New Jersey - Returned Mail Notice, In re: Carolyn E. Brown, Case Number: 20-20921, MBK, Ref: [p-157149414] |
| Attachments: | R_P320209211320062.PDF |

Notice of Returned Mail to Debtor/Debtor's Attorney

November 6, 2020

From: United States Bankruptcy Court, District of New Jersey

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

In re: Carolyn E. Brown, Case Number 20-20921, MBK

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT**: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

<u>U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608</u>

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

High Speed Capital, LLC
30 Broad St
Ste 1407
New York, NY 10004-2304

THE UPDATED ADDRESS IS:

*1 Evertrust Plz, Ste 1401*
*Jersey City, NJ 07302-3087*

_____
Signature of Debtor or Debtor's Attorney

*11-9-2020*
_____
Date

1

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.