| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Collins, Vella & Casello, LLC<br>2317 Highway 34, Suite 1A<br>Manasquan, NJ 08736<br>(732)751-1766<br>Joseph M. Casello, Esq.<br>Attorneys for the Debtor<br><br>In Re:<br>Carolyn Brown | Case No.: 20-20921<br>Chapter: 13<br>Judge: Kaplan |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Bank of America
(Example: John Smith, creditor)

Old address:   PO Box 15710
               Wilmington, DE 19886-5710

New address:   PO Box 982234
               El Paso, TX 79998-2234

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 11-10-2020                    [signature]
                                    Signature

rev.2/1/16