Prepared by:
Donald F. Campbell, Jr., Esq. (DC8924)

**GIORDANO, HALLERAN & CIESLA, P.C.**
Donald F. Campbell, Jr., Esq. (DC8924)
125 Half Mile Road, Suite 300
Red Bank, N.J. 07701
(732) 741-3900
*Attorneys for Creditor, Raymond Dietrich/ Air
Technical Home Services LLC d/b/a Air
Technical Services*

In re:

CAROLYN E. BROWN

               Debtor.

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE**

Chapter 13

Case No.   20-20921 (MBK)

Judge: Hon. Michael B. Kaplan, U.S.B.J.

.

## CERTIFICATION OF SERVICE

1.     I, Megan Kierce:

☐ represent _____, the Creditor in the above-captioned matter.

☒ am the secretary/paralegal for Giordano, Halleran & Ciesla, P.C. , who represents *Raymond Dietrich/ Air Technical Home Services LLC d/b/a Air Technical Services*, in the above captioned matter.

☐ am the _____ in the above case and am representing myself.

*2.*     On November 19, 2020 I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

- NOTICE OF MOTION

- MOTION OF RAYMOND DIETRICH AND AIR TECHNICAL HOME SERVICES LLC TO DISMISS OR ALTERNATIVELY FOR RELIEF FROM THE AUTOMATIC STAY AND TO CONFIRM THE ABSENCE OF STAY AS TO NON-DEBTOR PARTIES

- CERTIFICATION OF CHRISTIAN V. MCOMBER, ESQUIRE IN SUPPORT OF MOTION TO DISMISS OR ALTERNATIVELY FOR RELIEF FROM THE

AUTOMATIC STAY AND TO CONFIRM THE ABSENCE OF STAY AS TO NON-DEBTOR PARTIES

- PROPOSED ORDER DISMISSING DEBTOR'S CHAPTER 13 CASE

- CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: November 19, 2020                    */s/Megan Kierce*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service | |
|---|---|---|---|
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Chapter 13 Trustee | ☐<br>☒<br>☐<br>☐<br>☒<br>☐ | Overnight mail<br>Regular mail<br>Certified mail/RRR<br>E-mail<br>Notice of Electronic Filing (NEF)<br>Other _____<br>(as authorized by the court *) |
| Alta Mar Condominium Association<br>2825 Palm Beach Blvd<br>Fort Myers, FL  33916-1513 | Unsecured Creditor | ☐<br>☒<br>☐<br>☐<br>☐<br>☐ | Overnight mail<br>Regular mail<br>Certified mail/RRR<br>E-mail<br>Notice of Electronic Filing (NEF)<br>Other _____<br>(as authorized by the court *) |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19335-0701 | Unsecured Creditor | ☐<br>☒<br>☐<br>☐<br>☒<br>☐ | Overnight mail<br>Regular mail<br>Certified mail/RRR<br>E-mail<br>Notice of Electronic Filing (NEF)<br>Other _____<br>(as authorized by the court *) |
| Axios Bank<br>9205 W. Russell Road<br>Suite 400<br>Las Vegas, NV 89148-1468 | Unsecured Creditor | ☐<br>☒<br>☐<br>☐<br>☐<br>☐ | Overnight mail<br>Regular mail<br>Certified mail/RRR<br>E-mail<br>Notice of Electronic Filing (NEF)<br>Other _____<br>(as authorized by the court *) |

| Bank of America<br>PO Box 982238<br>El Paso, TX  79998-1540 | Unsecured Creditor | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|---|---|---|
| Browns Heating Cooling Inc<br>88 Birch Ave<br>Little Silver, NJ 07739 | Unsecured Creditor | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Browns Heating Cooling Inc<br>c/o Scarinci & Hollenbeck, LLC<br>One river Centre<br>331 Newman Springs Road<br>Building 3, Suite 310<br>Red Bank, NJ 07701 | Unsecured Creditor | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Citicard<br>PO Box 9001037<br>Louisville, KY 40290-1037 | Unsecured Creditor | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Complete Business Solutions<br>Group<br>PAR Funding<br>2000 PGA Blvd, Suite 3330<br>North Palm Beach, FL  33408-2738 | Unsecured Creditor | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Elan Financial Svcs<br>PO box 7904408<br>St. Louis, MO 63179-0408 | Unsecured Creditor | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Everdat Capital<br>1166 Nassau St., Suite 804<br>New York, NY 10038-2481 | Unsecured Creditor | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail |

| | | | |
|---|---|---|---|
| | | ☐ | Notice of Electronic Filing (NEF) |
| | | ☐ | Other _____<br>(as authorized by the court *) |
| Everest Business Funding<br>8200 BW 52nd Terrace, 2nd Floor<br>Doral, FL  33166 | Unsecured Creditor | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) | |
| Fast Capital 360<br>Forward Financing<br>100 Sumer St., Suite 175<br>Boston, MA  02110-2106 | Unsecured Creditor | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) | |
| Flagstar Bank<br>5151 Corporate Drive 3W-125<br>Troy, MI 48098-2639 | Unsecured Creditor | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) | |
| High Speed Capital, LLC<br>1 Evertrust Plz, Ste 1401<br>Jersey City, NJ 07302-3087 | Unsecured Creditor | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) | |
| Internal Revenue Services<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Priority Unsecured Creditor | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) | |
| Joseph Casello<br>Collins, Vella & Casello<br>2317 Route 34 South<br>Suite 1A<br>Manasquan, NJ 08736 | Debtor's Counsel | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) | |
| JPMorgan Chase Bank NA | Unsecured Creditor | ☐ Overnight mail | |

| | | | |
|---|---|---|---|
| Bankruptcy Mail Intake Team<br>700 Kansas Lane Floor 01<br>Monroe, LA 71203-4774 | | ☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz &<br>Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL  33487-2853 | Unsecured Creditor | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Lexus Financial Services<br>PO Box 9490<br>Cedar Rapids, IA 52409-9490 | Unexpired Leases | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Mantis Funding<br>National Business & Capital<br>Services<br>64 Beaver Street, Suite 344<br>New York, NY 10004-2508 | Unsecured Creditor | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Mantis Funding LLC<br>c/o Zachter PLLC<br>2 University Plaza, Suite 205<br>Hackensack, NJ 07601-6211 | Unsecured Creditor | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| McOmber & McOmber<br>54 Shrewsbury Avenue<br>Red Bank, NJ 07701-1176 | Unsecured Creditor | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Memorial Sloan Kettering<br>1275 York Avenue<br>New York, NY 10065-6094 | Unsecured Creditor | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) |

| | | | |
|---|---|---|---|
| | | ☐ | Other _____<br>(as authorized by the court *) |
| Pioneer Credit Recovery<br>PO Box 1081<br>Moorestown, NJ 08057-0018 | Unsecured Creditor | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) | |
| Quicken Loans, LLC<br>635 Woodward Avenue<br>Detroit, MI 48226 | Secured Creditor | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) | |
| Quicken Loans, LLC<br>c/o Denise Carlon Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Secured Creditor | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) | |
| State of New Jersey Division<br>Of Taxation Bankruptcy Unit<br>PO Box 245 Trenton, NJ 08646-0245 | Priority Unsecured Creditor | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) | |
| Toyota Lease Trust<br>c/o Toyota Motor Credit<br>Corporation<br>PO Box 9013<br>Addison, Texas 75001 | Unsecured Creditor | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) | |
| Toyota Motor Credit Corporation<br>PO Box 8026<br>Cedar Rapids IA 52408-8026 | Unsecured Creditor | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) | |
| US Bank NA<br>dba Elan Financial Services | Unsecured Creditor | ☐ Overnight mail<br>☒ Regular mail | |

| | | | |
|---|---|---|---|
| Bankruptcy Dept<br>PO Box 108<br>St. Louis, MO  63166-0108 | | ☐<br>☐<br>☒<br>☐ | Certified mail/RRR<br>E-mail<br>Notice of Electronic Filing (NEF)<br>Other _____<br>(as authorized by the court *) |
| US Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102-5235 | Unsecured Creditor | ☐<br>☒<br>☐<br>☐<br>☒<br>☐ | Overnight mail<br>Regular mail<br>Certified mail/RRR<br>E-mail<br>Notice of Electronic Filing (NEF)<br>Other _____<br>(as authorized by the court *) |
| Wells Fargo<br>c/o Powers Kirn, LLC<br>728 Marne Highway, Suite 200<br>Moorestown, NJ 08057 | Secured Creditor | ☐<br>☒<br>☐<br>☐<br>☒<br>☐ | Overnight mail<br>Regular mail<br>Certified mail/RRR<br>E-mail<br>Notice of Electronic Filing (NEF)<br>Other _____<br>(as authorized by the court *) |
| Wells Fargo Bank, N.A.<br>Attn: Default Doc Processing<br>MAC# N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN  55121-7700 | Secured Creditor | ☐<br>☒<br>☐<br>☐<br>☒<br>☐ | Overnight mail<br>Regular mail<br>Certified mail/RRR<br>E-mail<br>Notice of Electronic Filing (NEF)<br>Other _____<br>(as authorized by the court *) |

Docs #4746128-v1