Prepared by:
Donald F. Campbell, Jr., Esq. (DC8924)

**GIORDANO, HALLERAN & CIESLA, P.C.**
Donald F. Campbell, Jr., Esq. (DC8924)
125 Half Mile Road, Suite 300
Red Bank, N.J. 07701
(732) 741-3900
*Attorneys for Creditor, Raymond Dietrich/ Air Technical Home Services LLC d/b/a Air Technical Services*

In re:

CAROLYN E. BROWN

        Debtor.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON VICINAGE**

Chapter 13

Case No.   20-20921 (MBK)

Judge: Hon. Michael B. Kaplan, U.S.B.J.

.

## CERTIFICATION OF SERVICE

1. I, Deirdre Rice:

    ☐ represent _____, the Creditor in the above-captioned matter.

    ☒ am the secretary/paralegal for Giordano, Halleran & Ciesla, P.C. , who represents *Raymond Dietrich/ Air Technical Home Services LLC d/b/a Air Technical Services*, in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On November 25, 2020 I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Objection to the Debtor's Chapter 13 Plan and Motion to Excuse Debtor from Appearance at 341(a) Meeting
    - Certificate Of Service

I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: November 25, 2020                    */s/Deirdre rice*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Chapter 13 Trustee | ☐ Overnight mail<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Collins, Vella & Casello, LLC<br>2317 Highway 34, Suite 1A<br>Manasquan, NJ 08736 | Attorneys for Debtor | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Denise Carlon, Esq.<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Attorneys for Quicken Loans, LLC | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | US Trustee | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| William M.E. Powers III, Esq.<br>Powers Kirn, LLC<br>728 Marne Highway, Suite 200<br>Moorestown, NJ 08057 | Attorneys for Wells Fargo Bank, N.A. | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

Docs #4756594-v1