**COLLINS, VELLA & CASELLO, L.L.C.**
2317 Highway 34, Suite 1A
Manasquan, New Jersey 08736
(732) 751-1766
Attorneys for Debtor
Joseph M. Casello, Esq.

**UNITED STATES BANKRUPTCY COURT**
**District of New Jersey**

| | |
|---|---|
| In re: : | |
| : | |
| Carolyn E. Brown : | Chapter 13 Case No. 20-20921 |
| : | |
| Debtor : | Judge: Honorable Michael B. Kaplan, U.S.B.J. |
| : | |
| _____ : | |

**NOTICE OF VOLUNTARY CONVERSION OF**
**CHAPTER 13 CASE TO CHAPTER 7 PROCEEDING**

Douglas Brown, being of full age does hereby certify to the Court and say:

1. I am the brother of Carolyn Brown and I previously held a Power of Attorney on behalf of Ms. Brown.

2. My sister passed away on November 9, 2020. Pursuant to her last will and testament, I am the executor of her estate.

3. I am in the process of submitting the necessary paperwork to have me appointed as the executor of the estate by the Surrogate of Monmouth County. To date, no letters testamentary or documents appointing me as the executor have been issued by the Surrogate.

4. The estate intends to seek conversion of this case to a Chapter 7 to allow a Chapter 7 Trustee to liquidate the assets, pay creditors claims and allow the estate to claim the exemptions claimed by my sister in her Chapter 13 petition.

5. On behalf of the estate, Douglas Brown respectfully requests this Court to enter an Order converting this case to a case under Chapter 7 of Title 11 of the United States Code.

I certify the foregoing statements made by me are true and correct. I understand that if any of the foregoing statements are willfully false, I am subject to punishment

Dated: 12/8/2020

_____
Douglas Brown