| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> Caption in Compliance with D.N.J. LBR 9004-1 <br> **McMANIMON,** <br> **SCOTLAND & BAUMANN, LLC** <br> 427 Riverview Plaza <br> Trenton, NJ  08611 <br> 609.695.6070 <br> *Proposed Attorneys for Chapter 7 Trustee,* <br>  *Thomas J. Orr* | Order Filed on December 28, 2020 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey |
| In Re: <br><br> BROWN, CAROLYN E., <br><br>            Debtor. | Case No.:        20-20921 <br><br> Judge:           Christine M. Gravelle <br><br> Chapter:             7 |

| Recommended Local Form: | ☐ Followed | ☒ Modified |
|---|---|---|

**ORDER AUTHORIZING RETENTION OF**
**SHARER PETREE BROTZ & SNYDER AS ACCOUNTANT FOR TRUSTEE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: December 28, 2020**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

In re: Carolyn E. Brown

Case No.: 20-20921 (CMG)

Applicant: Thomas J. Orr

☒ Trustee: ☒ Chap. 7 ☐ Chap. 11

☐ Debtor: ☐ Chap. 11 ☐ Chap. 13

☐ Official Committee of _____

Professional: Sharer Petree Brotz & Snyder

Address: 1103 Laurel Oak Road
Suite 105B
Voorhees, NJ 08043

☐ Attorney for:

☐ Trustee ☐ Debtor-in-Possession

☐ Official Committee of _____

☒ Accountant for:

☒ Trustee ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Other Professional:

☐ Realtor ☐ Appraiser ☐ Special Counsel ☐ Auctioneer

☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby **ORDERED** as follows:

1. The applicant, Thomas J. Orr, Chapter 7 Trustee, is authorized to retain the professional, Sharer Petree Brotz & Snyder, to act as accountant for the Trustee.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of retention is December 14, 2020.

2

United States Bankruptcy Court

District of New Jersey

In re:  
Carolyn E. Brown  
    Debtor(s)

Case No. 20-20921-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Dec 28, 2020      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2020:**

**Recip ID**      **Recipient Name and Address**  
db      + Carolyn E. Brown, 11 Oak Glen Lane, Colts Neck, NJ 07722-1612

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).  
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 30, 2020      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2020 at the address(es) listed below:

**Name**      **Email Address**

Andrea Dobin  
     on behalf of Trustee Thomas Orr adobin@msbnj.com

Denise E. Carlon  
     on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Donald F. Campbell, Jr.  
     on behalf of Creditor Air Technical Home Services LLC d/b/a Air Technical Services dcampbell@ghclaw.com 4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.  
     on behalf of Creditor Raymond Dietrich dcampbell@ghclaw.com 4433@notices.nextchapterbk.com

Joseph Casello  
     on behalf of Debtor Carolyn E. Brown jcasello@cvclaw.net jcasello627@gmail.com

Thomas Orr

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 28, 2020 | Form ID: pdf903 | Total Noticed: 1 |

                tom@torrlaw.com Torr@ecf.axosfs.com

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers, III
                on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com

TOTAL: 8