| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1<br>**McMANIMON,**<br>**SCOTLAND & BAUMANN, LLC**<br>427 Riverview Plaza<br>Trenton, NJ  08611<br>609.695.6070<br>*Proposed Attorneys for Chapter 7 Trustee,*<br> *Thomas J. Orr* |
| In Re:<br><br>BROWN, CAROLYN E.,<br><br>　　　　　Debtor. |

Order Filed on December 31, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:　　　20-20921

Judge:　　　Christine M. Gravelle

Chapter:　　　7

Recommended Local Form:　　☒ Followed　　☐ Modified

### ORDER AUTHORIZING RETENTION OF
### BERKSHIRE HATHAWAY HOMESERVICES
### FOX & ROACH REALTORS AS REALTOR TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: December 31, 2020**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

| | |
|---|---|
| In re: | Carolyn E. Brown |
| Case No.: | 20-20921 (CMG) |
| Applicant: | Thomas J. Orr |

☒ Trustee: ☒ Chap. 7    ☐ Chap. 11

☐ Debtor: ☐ Chap. 11    ☐ Chap. 13

☐ Official Committee of _____

Professional: Berkshire Hathaway HomeServices Fox & Roach Realtors

Address: 350 Rt. 35
Red Bank, NJ  07701

☐ Attorney for:
  ☐ Trustee    ☐ Debtor-in-Possession
  ☐ Official Committee of _____

☐ Accountant for:
  ☐ Trustee    ☐ Debtor-in-Possession
  ☐ Official Committee of _____

☒ Other Professional:
  ☒ Realtor    ☐ Appraiser    ☐ Special Counsel    ☐ Auctioneer
  ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby **ORDERED** as follows:

1. The applicant, Thomas J. Orr, Chapter 7 Trustee, is authorized to retain the professional, Berkshire Hathaway HomeServices Fox & Roach Realtors, to act as realtor for the Trustee.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of retention is the date the Application is filed with the Court.

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 20-20921-CMG

Carolyn E. Brown     Chapter 7

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2

Date Rcvd: Dec 31, 2020     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carolyn E. Brown, 11 Oak Glen Lane, Colts Neck, NJ 07722-1612 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 31, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrea Dobin | on behalf of Trustee Thomas Orr adobin@msbnj.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Donald F. Campbell, Jr. | on behalf of Creditor Air Technical Home Services LLC d/b/a Air Technical Services dcampbell@ghclaw.com 4433@notices.nextchapterbk.com |
| Donald F. Campbell, Jr. | on behalf of Creditor Raymond Dietrich dcampbell@ghclaw.com 4433@notices.nextchapterbk.com |
| Joseph Casello | on behalf of Debtor Carolyn E. Brown jcasello@cvclaw.net jcasello627@gmail.com |
| Thomas Orr | |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Dec 31, 2020 | Form ID: pdf903 | Total Noticed: 1

                tom@torrlaw.com Torr@ecf.axosfs.com

U.S. Trustee

                USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers, III

                on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com

TOTAL: 8