UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

COLLINS, VELLA & CASELLO, LLC
2317 Highway 34, Suite 1A
Manasquan, NJ 08736
(732)751-1766
Joseph Casello, Esq.
Attorneys for the Debtor

In Re:

Carolyn E. Brown

Case No.: 20-20921

Chapter: 7

Adv. No.: 

Hearing Date: 

Judge: Gravelle

## CERTIFICATION OF SERVICE

1. I, _____Courtney Parker_____ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for ___Joseph M. Casello___, who represents ___the Debtor___ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On ___January 8, 2021___, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   1. Order Respecting Amendment to Schedule D, E/F, G or H or List of Creditors
   2. Amendment to Schedule E/F
   3. Notice of Commencement of Case

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __1/8/2021__          _Courtney Parker_
                            Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Everyday Capital<br>116 Nassau Street<br>Suite 804<br>New York NY 10038 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Lexus Financial Services<br>P.O. Box 9490<br>Cedar Rapids IA 52409-9490 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Memorial Sloan Kettering<br>1275 York Avenue<br>New York NY 10065 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Oxford<br>c/o Rawlings Financial Services LLC<br>PO Box 2020<br>La Grange KY 40031-2020 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |