UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
Warren Brumel, Esq. #018191980
Attorney for Salvatore Salvati
PO Box 181
Keyport, NJ 07735
732.264.3400
wbrumel@keyportlaw.com

In Re:

CAROLYN E. BROWN

Case No.: 20-20921
Chapter: 7
Judge: CMG

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of _____Salvatore Salvati_____. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: Warren Brumel, Esq.
PO Box 181
Keyport, NJ 07735

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 02/12/2021

/s/ Warren Brumel, Esq.
Signature

new.8/1/15