| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with<br>D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Toyota Motor Credit Corporation<br>as servicing agent for Toyota Lease Trust* | Order Filed on February 16, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Carolyn E. Brown<br><br>                              Debtor. | Chapter: 7<br><br>Case No.: 20-20921-CMG<br><br>Hearing Date: February 16, 2021<br><br>Judge Christine M. Gravelle |

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 16, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of Toyota Motor Credit Corporation as servicing agent for Toyota Lease Trust ("movant"), under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

Personal property more fully described as:

**2018 LEXUS RX350, VIN: JTJBZMCA0J2036638**

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

2

*rev.11/14/18*