| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>COLLINS, VELLA & CASELLO, LLC<br>2317 Highway 34, Suite 1A<br>Manasquan, NJ 08736<br>(732)751-1766<br>Joseph Casello, Esq.<br>Attorneys for the Debtor | Case No.: | 20-20921 |
| | Chapter: | 7 |
| In Re:<br><br>Carolyn Brown | Adv. No.: | |
| | Hearing Date: | 4/20/2021 |
| | Judge: | Gravelle |

## CERTIFICATION OF SERVICE

1. I, __Courtney Parker__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Joseph M. Casello__, who represents __the Debtor__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __April 7, 2021__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Order Regarding Request for Exemption from Participation in Financial Management Course Required Under 11 U.S.C. Section 727(a)(11) or 1328 (g)(1)

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __4/7/2021__                    __Courtney Parker__
                                       Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| William M.E. Powers III, Esq.<br>Powers Kirn, LLC<br>728 Marne Highway, Suite 200<br>Moorestown, NJ 08057 | Attorneys for Wells Fargo Bank, N.A. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Denise Carlon, Esq.<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Attorneys for Quicken Loans, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| GIORDANO, HALLERAN & CIESLA, P.C.<br>125 Half Mile Road, Suite 300<br>Red Bank, NJ 07701<br>Attn: Donald F. Campbell, Esq. | Attorneys for Raymond Dietrich and Air Technical Home Services d/b/a Air Technical Services | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo, Esq.<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650 |  | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the United States Trustee<br>One Newark Center – Suite 2100<br>Newark, New Jersey 07102 |  | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| James P. Berg, Esq.<br>270 Davidson Avenue, 5th Floor<br>Somerset, New Jersey 08873 | Attorneys for World Business Lenders, LLC s/h/a Axios Bank<br><br>Attorneys for WLB SPO I, LLC s/h/a Axios Bank | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Warren Brumel, Esq.<br>P.O. Box 181<br>Keyport, NJ 07735 | Attorney for Salvatore Salvati | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*