UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

McMANIMON SCOTLAND & BAUMANN
427 Riverview Plaza
Trenton, NJ  08608
(609) 695-6070
adobin@msbnj.com
Counsel to Thomas J. Orr, Trustee

In Re:

BROWN, Carolyn E.,

Case No.: __20-20921(CMG)__

Chapter: __7__

Hearing Date: __4/20/2021, 10am__

Judge: __Gravelle__

## ADJOURNMENT REQUEST

1. I, __Andrea Dobin__,

    ☒ am the attorney for: __Thomas J. Orr, Trustee__,

    ☐ am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: __Moiton to Dismiss/Motion for Relief - ECF 35__

    Current hearing date and time: __4/20/2021, 10am__

    New date requested: __5/18/2021, 10am__

    Reason for adjournment request: __The Trustee is continuing in discussions with Movant to address (in a global manner) Movant's concerns.__

2. Consent to adjournment:

    ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: __April 13, 2021__    __/s/ Andrea Dobin__
                            Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: __May 18, 2021 at 10:00__ a.m.          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____          ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.8/1/15*