| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004<br>**MCMANIMON, SCOTLAND & BAUMANN, LLC**<br>427 Riverview Plaza<br>Trenton, New Jersey 08611<br>(973) 681-7979<br>Joseph R. Zapata, Jr.<br>jzapata@msbnj.com<br>*Attorneys for Thomas J. Orr, Chapter 7 Trustee* | |
| In re:<br><br>**CAROLYN E. BROWN**,<br><br>                              Debtor. | Case No. 20-20921 (CMG)<br><br>Chapter 7<br><br>Honorable Christine M. Gravelle, U.S.B.J. |

Order Filed on April 20, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

### ORDER AUTHORIZING THE SALE OF REAL PROPERTY LOCATED AT 11 OAK GLEN LANE, COLTS NECK, NJ, FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES AND GRANTING RELATED RELIEF

The relief set forth on the following pages numbered two (2) through four (4) is hereby **ORDERED.**

**DATED: April 20, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor:            Carolyn E. Brown
Case No.           20-20921 (CMG)
Caption of Order:  Order Authorizing the Sale of Real Property Located at 11 Oak Glen Lane, Colts Neck, NJ Free and Clear of Liens, Claims and Encumbrances and Granting Related Relief

**THIS MATTER,** having been presented to the Court by Thomas J. Orr, the Chapter 7 Trustee (the "**Trustee**") for Carolyn E. Brown, Chapter 7 debtor ("**Debtor**"), by and through his counsel, McManimon, Scotland & Baumann, LLC, upon the filing of a Motion for an Order Authorizing Sale and Granting Related Relief (the "**Motion**") relating to the Trustee's proposed sale of the Estate's interest in the real property located 11 Oak Glen Lane, Colts Neck, NJ (the "**Property**"); due and proper notice of the Motion and related matters before the Court in this case having been given; and the Court having considered the moving papers and opposition thereto (if any) and having heard and considered oral argument (if any); and finding that good and sufficient cause exist for the granting of the relief as set forth herein,

**THE COURT MAKES THE FOLLOWING FINDINGS OF FACT AND CONCLUSIONS OF LAW:**

A.  Full and adequate notice of the Motion has been afforded to all interested parties.

B.  The Trustee received an offer from Peter Toscano and Dana Wells (collectively, the "**Buyer**") in the amount of Nine Hundred Six Thousand Dollars ($906,000) which offer is the highest and best offer received for the Property, and the sale price for the Property constitutes full and adequate consideration and reasonably equivalent value for the Property.

C.  The transaction being proposed by the Trustee was negotiated at arm's length and in good faith.

D.  The Buyer is a good faith purchaser for value pursuant to Section 363(m) of the Bankruptcy Code and, as such, the sale of the Property is entitled to all of the protections afforded thereby. The Buyer is acting and will act in good faith within the meaning of Section

4813-3962-4671, v. 1

| | |
|---|---|
| Debtor: | Carolyn E. Brown |
| Case No. | 20-20921 (CMG) |
| Caption of Order: | Order Authorizing the Sale of Real Property Located at 11 Oak Glen Lane, Colts Neck, NJ Free and Clear of Liens, Claims and Encumbrances and Granting Related Relief |

363(m) of the Bankruptcy Code in closing the transaction(s) contemplated by in the Contract for Sale.

**IT IS HEREBY ORDERED AS FOLLOWS**:

1. The Motion is **GRANTED**.

2. The sale of the Trustee's right, title, and interest in the Property to Buyer pursuant to the terms and conditions set forth in the Contracts for Sale is hereby approved. The Property is being sold free and clear of all liens, claims and encumbrances, with valid liens, claims and encumbrances attached to the proceeds of sale in the hands of the Trustee. The record and transcript of the hearing(s), if any, and all findings and determinations of this Court are hereby incorporated herein.

3. The Trustee is hereby authorized to execute such necessary and appropriate documents in order to effectuate the aforesaid sale.

4. The Trustee is authorized and directed to satisfy the mortgage on the Property *provided that* the payoff statement issued by or on behalf of Quicken Loans, LLC is acceptable to the Trustee, i.e., it does not include objectionable charges.

5. In addition to payment of valid liens and other standard closing costs as disclosed in the Certification of Trustee in support of the Motion, the Trustee is specifically authorized to make payment to the Broker (as defined in the Certification of Trustee submitted herewith) at closing for the real estate commission in the amount of $45,300, which is a five (5%) percent commission on the sale price of $906,000.

4813-3962-4671, v. 1

| | |
|---|---|
| Debtor: | Carolyn E. Brown |
| Case No. | 20-20921 (CMG) |
| Caption of Order: | Order Authorizing the Sale of Real Property Located at 11 Oak Glen Lane, Colts Neck, NJ Free and Clear of Liens, Claims and Encumbrances and Granting Related Relief |

6. Any personal property remaining in the Property after the occupant(s) vacate the Property is deemed abandoned and the Trustee is authorized to dispose of or destroy such personal property at the Trustee's discretion to facilitate closing on the sale of the Property.

7. The Court retains jurisdiction over the parties and this matter for, *inter alia*, purposes of enforcing this order and otherwise implementing the sale.

4813-3962-4671, v. 1

United States Bankruptcy Court

District of New Jersey

In re:  
Carolyn E. Brown  
    Debtor

Case No. 20-20921-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: Apr 21, 2021     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2021:**

**Recip ID**     **Recipient Name and Address**  
db     + Carolyn E. Brown, 11 Oak Glen Lane, Colts Neck, NJ 07722-1612

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrea Dobin | on behalf of Trustee Thomas Orr adobin@msbnj.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Donald F. Campbell, Jr. | on behalf of Creditor Air Technical Home Services LLC d/b/a Air Technical Services dcampbell@ghclaw.com 4433@notices.nextchapterbk.com |
| Donald F. Campbell, Jr. | on behalf of Creditor Raymond Dietrich dcampbell@ghclaw.com 4433@notices.nextchapterbk.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| James P. Berg | on behalf of Creditor WBL SPO I LLC s/h/a Axios Bank james.berg@piblaw.com, Daniel.schleifstein@piblaw.com |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 21, 2021 | Form ID: pdf903 | Total Noticed: 1 |

James P. Berg
    on behalf of Creditor World Business Lenders LLC s/h/a Axios Bank james.berg@piblaw.com, Daniel.schleifstein@piblaw.com

Joseph Casello
    on behalf of Debtor Carolyn E. Brown jcasello@cvclaw.net jcasello627@gmail.com

Joseph R Zapata, Jr
    on behalf of Trustee Thomas Orr jzapata@msbnj.com

Thomas Orr
    tom@torrlaw.com Torr@ecf.axosfs.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Warren Brumel
    on behalf of Interested Party Salvatore Salvati wbrumel@keyportlaw.com brumellawecf@gmail.com;wbrumel@keyportlaw.com

William M.E. Powers
    on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com

TOTAL: 14