**THE KELLY FIRM, P.C.**
Andrew J. Kelly, Esq.
Travis R. Graga, Esq.
Coast Capital Building
1011 Highway 71, Suite 200
Spring Lake, New Jersey 07762
(732) 449-0525
akelly@kbtlaw.com
tgraga@kbtlaw.com
*Attorneys for Brown's Heating & Cooling, Inc.*

Order Filed on June 15, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In re:

CAROLYN E. BROWN,

Debtor.

Chapter 11

Case No.: 20-20921 (CMG)

Hon. Christine M. Gravelle

Hearing Date: May 18, 2021 at 10 a.m.

**ORDER DENYING MOTION TO APPROVE STIPULATION OF SETTLEMENT AND GRANTING RELIEF FROM AUTOMATIC STAY**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: June 15, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor:           CAROLYN E. BROWN
Case No.:         20-20921(CMG)
Caption of Order: **ORDER DENYING MOTION TO APPROVE STIPULATION OF SETTLEMENT AND GRANTING RELIEF FROM AUTOMATIC STAY**

---

**THIS MATTER** having been opened by the Chapter 7 Trustee on a Motion for an Order Approving Stipulation of Settlement, and notice having been provided to the Office of the United States Trustee, parties that have filed notices of appearance, and the Debtor, and the Court having considered the pleadings filed herein, heard the argument of counsel, if any, and for good cause shown,

It is **ORDERED** as follows:

1. The Motion is hereby denied.

2. The automatic stay is hereby lifted to allow Brown's Heating & Cooling, Inc. to pursue its right to purchase the Debtor's shares of Brown's Heating and Cooling, Inc. as set forward in Article IV, Paragraph 7, Section (a)(3) of the July 1, 2010 Brown's Heating and Cooling, Inc. Shareholder Agreement.