**THE KELLY FIRM, P.C.**
Andrew J. Kelly, Esq.
Travis R. Graga, Esq.
Coast Capital Building
1011 Highway 71, Suite 200
Spring Lake, New Jersey 07762
(732) 449-0525
akelly@kbtlaw.com
tgraga@kbtlaw.com
*Attorneys for Brown's Heating & Cooling, Inc.*

Order Filed on June 15, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|---|---|
| CAROLYN E. BROWN, | Chapter 11 |
| Debtor. | Case No.: 20-20921 (CMG) |
| | Hon. Christine M. Gravelle |
| | Hearing Date: May 18, 2021 at 10 a.m. |

### ORDER DENYING MOTION TO APPROVE STIPULATION OF SETTLEMENT AND GRANTING RELIEF FROM AUTOMATIC STAY

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: June 15, 2021**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | CAROLYN E. BROWN |
| Case No.: | 20-20921(CMG) |
| Caption of Order: | **ORDER DENYING MOTION TO APPROVE STIPULATION OF SETTLEMENT AND GRANTING RELIEF FROM AUTOMATIC STAY** |

**THIS MATTER** having been opened by the Chapter 7 Trustee on a Motion for an Order Approving Stipulation of Settlement, and notice having been provided to the Office of the United States Trustee, parties that have filed notices of appearance, and the Debtor, and the Court having considered the pleadings filed herein, heard the argument of counsel, if any, and for good cause shown,

It is **ORDERED** as follows:

1. The Motion is hereby denied.

2. The automatic stay is hereby lifted to allow Brown's Heating & Cooling, Inc. to pursue its right to purchase the Debtor's shares of Brown's Heating and Cooling, Inc. as set forward in Article IV, Paragraph 7, Section (a)(3) of the July 1, 2010 Brown's Heating and Cooling, Inc. Shareholder Agreement.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-20921-CMG

Carolyn E. Brown  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 15, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Carolyn E. Brown, 11 Oak Glen Lane, Colts Neck, NJ 07722-1612 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrea Dobin | on behalf of Trustee Thomas Orr adobin@msbnj.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Donald F. Campbell, Jr. | on behalf of Creditor Air Technical Home Services LLC d/b/a Air Technical Services dcampbell@ghclaw.com 4433@notices.nextchapterbk.com |
| Donald F. Campbell, Jr. | on behalf of Creditor Raymond Dietrich dcampbell@ghclaw.com 4433@notices.nextchapterbk.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| James P. Berg | on behalf of Creditor WBL SPO I LLC s/h/a Axios Bank james.berg@piblaw.com, Daniel.schleifstein@piblaw.com |

District/off: 0312-3        User: admin        Page 2 of 2
Date Rcvd: Jun 15, 2021        Form ID: pdf903        Total Noticed: 1

James P. Berg
    on behalf of Creditor World Business Lenders LLC s/h/a Axios Bank james.berg@piblaw.com, Daniel.schleifstein@piblaw.com

Joseph Casello
    on behalf of Debtor Carolyn E. Brown jcasello@cvclaw.net jcasello627@gmail.com

Joseph R Zapata, Jr
    on behalf of Trustee Thomas Orr jzapata@msbnj.com

Thomas Orr
    tom@torrlaw.com Torr@ecf.axosfs.com

Timothy P. Neumann
    on behalf of Interested Party Douglas Brown timothy.neumann25@gmail.com
    btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com

Travis Graga
    on behalf of Interested Party Browns Gas Appliance and Furnace Service Inc. tgraga@kbtlaw.com
    akelly@kbtlaw.com;wsheridan@kbtlaw.com;saudino@kbtlaw.com;pschenke@kbtlaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers
    on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com

TOTAL: 15