UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>CAROLYN E. BROWN,<br><br>                    Debtor. | Case No.:    20-20921 (CMG)<br>Chapter:    7<br>Judge:    Gravelle |

## NOTICE OF PROPOSED PRIVATE SALE

_____Thomas J. Orr_____, ___Chapter 7 Trustee___, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

> Address of the Clerk:  Jeanne Naughton, Clerk
> 402 East State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable _____Christine M. Gravelle_____ on _____September 21, 2021_____ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3__, ____402 E. State Street, Trenton, NJ 08608____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

> Description of property to be sold:  Sale of 600 Shares in Brown's Gas Appliance and Furnace Service, Inc.

> Proposed Purchaser:
> Brown's Gas Appliance and Furnace Service, Inc

> Sale price:  $60,000

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

> Name of Professional:  n/a
> Amount to be paid:
> Services rendered:

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name:            Joseph R. Zapata, Jr., Counsel to Thomas J. Orr, Chapter 7 Trustee

Address:         McManimon Scotland & Baumann LLC, 427 Riverview Plaza, Trenton, NJ 08611

Telephone No.:   973-681-7979

*rev.8/1/15*