UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: <br> CAROLYN E. BROWN, <br><br> Debtor. | Case No.: 20-20921 (CMG) <br> Chapter: 7 <br> Judge: Gravelle |

## NOTICE OF PROPOSED PRIVATE SALE

_____Thomas J. Orr_____, ___Chapter 7 Trustee___, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: Jeanne Naughton, Clerk
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle__ on __September 21, 2021__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3__, __402 E. State Street, Trenton, NJ 08608__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: Sale of 600 Shares in Brown's Gas Appliance and Furnace Service, Inc.

Proposed Purchaser:
Brown's Gas Appliance and Furnace Service, Inc

Sale price: $60,000

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: n/a
Amount to be paid:
Services rendered:

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Joseph R. Zapata, Jr., Counsel to Thomas J. Orr, Chapter 7 Trustee

Address: McManimon Scotland & Baumann LLC, 427 Riverview Plaza, Trenton, NJ 08611

Telephone No.: 973-681-7979

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Carolyn E. Brown  
Debtor

Case No. 20-20921-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 3
Date Rcvd: Aug 17, 2021 | Form ID: pdf905 | Total Noticed: 51

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carolyn E. Brown, 88 Birch Ave, Little Silver, NJ 07739-1107 |
| cr | + | Air Technical Home Services LLC d/b/a Air Technica, c/o Giordano, Halleran & Ciesla, P.C., 125 Half Mile Road, Suite 300, Red Bank, NJ 07701-6777 |
| r | + | Berkshire Hathaway HomeServices Fox & Roach Realto, 350 Rt. 35, Red Bank, NJ 07701-5916 |
| intp | + | Browns Gas Appliance and Furnace Service Inc., 88 Birch Ave., Little Silver, NJ 07739-1107 |
| intp | #+ | Salvatore Salvati, 30 Allen St, Shrewsbury, NJ 07702-4103 |
| acc | + | Sharer Petree Brotz & Snyder, 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043-4376 |
| auc | + | The Auctioneers Group, 22 Smock Street, Neptune City, NJ 07753-6743 |
| cr | + | Toyota Motor Credit Corporation, P.O. Box 340514, Tampa, FL 33694-0514 |
| cr | + | WBL SPO I, LLC s/h/a Axios Bank, c/o Parker Ibrahim & Berg LLP, 270 Davidson Avenue, 5th Floor, Somerset, NJ 08873-4140 |
| cr | + | World Business Lenders, LLC s/h/a Axios Bank, c/o Parker Ibrahim & Berg LLP, 270 Davidson Avenue, 5th Floor, Somerset, NJ 08873-4140 |
| 519000420 | + | Alta Mar Condominium Association, 2825 Palm Beach Blvd, Fort Myers, FL 33916-1513 |
| 518966523 | + | American Express, Bankruptcy Department, P.O. Box 981540, El Paso, TX 79998-1540 |
| 518994497 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518966524 | + | Axios Bank, 9205 W. Russell Road, Suite 400, Las Vegas, NV 89148-1468 |
| 518966525 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 519001119 | + | Browns Heating Cooling Inc, 88 Birch Ave, Little Silver, NJ 07739-1107 |
| 518966528 | + | Complete Business Solutions Group, PAR Funding, 2000 PGA Blvd, Suite 4440, North Palm Beach, FL 33408-2738 |
| 519220144 | + | Douglas R. Brown, c/o Timothy Neumann, 25 Abe Voorhees Drive, Manasquan, NJ 08736-3560 |
| 518966529 | | Elan Financial Svcs, P.O. Box 7904408, Saint Louis, MO 63179-0408 |
| 518966530 | | Everest Business Funding, 8200 BW 52nd Terrace, 2nd Floor, Doral, FL 33166 |
| 518966531 | + | Everydat Capital, 116 Nassau Street, Suite 804, New York, NY 10038-2481 |
| 519066707 | + | Everyday Capital, 116 Nassau Street, Suite 804, New York NY 10038-2481 |
| 518966532 | + | Fast Capital 360, Forward Financing, 100 Sumer Street, Suite 175, Boston, MA 02110-2106 |
| 518966534 | | High Speed Capital, LLC, 1 Evertrust Plz, Ste 1401, Jersey city, NJ 07302-3087 |
| 518986717 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519011909 | + | Mantis Funding LLC, C/O Zachter PLLC, 2 University Plaza, Suite 205, Hackensack, NJ 07601-6211 |
| 518966536 | + | McComber & McComber, 54 Shrewsbury Ave, Red Bank, NJ 07701-1176 |
| 519066709 | + | Memorial Sloan Kettering, 1275 York Avenue, New York NY 10065-6094 |
| 518966537 | + | Mermorial Sloan Kettering, 1275 York Avenue, New York, NY 10065-6094 |
| 519000423 | + | Pioneer Credit Recovery, PO Box 1018, Moorestown, NJ 08057-0018 |
| 519014043 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 518966539 | + | Raymond Dietrich, 1095 Ridge Ave, Manahawkin, NJ 08050-5608 |
| 519020074 | + | Raymond Dietrich, c/o Giordano, Halleran & Ciesla, P.C., 125 Half Mile Road, Suite 300, Red Bank, NJ 07701-6777 |
| 519000424 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 519000422 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Lexus Financial Services, P.O. Box 9490, Cedar Rapids, IA 52409-9490 |
| 518992263 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519168740 | + | WBL SPO I, LLC, c/o Parker Ibrahim & Berg LLP, 270 Davidson Avenue, 5th Floor, Somerset, New Jersey 08873-4140 |
| 518966540 | | Wells Fargo, PO Box 10306, Des Moines, IA 50306-0306 |
| 518986419 | + | Wells Fargo Bank, N.A., Attn: Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 17, 2021 | Form ID: pdf905 | Total Noticed: 51 |

TOTAL: 39

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Aug 17 2021 20:17:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 17 2021 20:17:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518966527 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 17 2021 20:23:45 | Citicard, P.O. Box 9001037, Louisville, KY 40290-1037 |
| 518966533 | + Email/Text: cashiering-administrationservices@flagstar.com | Aug 17 2021 20:17:00 | Flagstar Bank, 5151 Corporate Drive 3W-125, Troy, MI 48098-2639 |
| 519037483 | + Email/Text: bankruptcyalerts@forwardfinancing.com | Aug 17 2021 20:17:00 | Forward Financing, 53 State Street, 20th Floor, Boston, MA 02109-3204 |
| 519000421 | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 17 2021 20:17:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518966526 | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 17 2021 20:23:53 | Chase, Card Memeber Services, P.O. Box 15153, Wilmington, DE 19886-5153 |
| 519034800 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 17 2021 20:23:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518966535 | + Email/Text: n.gong@mantisfunding.com | Aug 17 2021 20:17:00 | Mantis Funding, National Business & Capital Services, 64 Beaver Street, Suite 344, New York, NY 10004-2508 |
| 519066710 | Email/Text: pgt@rawlingsandassociates.com | Aug 17 2021 20:17:00 | Oxford, c/o Rawlings Financial Services LLC, PO Box 2020, La Grange KY 40031-2020 |
| 518966538 | + Email/Text: bankruptcyteam@quickenloans.com | Aug 17 2021 20:17:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519002936 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 17 2021 20:17:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Raymond Dietrich, c/o Giordano, Halleran & Ciesla, P.C., 125 Half Mile Road, Suite 300, Red Bank, NJ 07701-6777 |
| 518994498 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519066708 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Lexus Financial Services, P.O. Box 9490, Cedar Rapids IA 52409-9490 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Aug 17, 2021 | Form ID: pdf905 | Total Noticed: 51

Date: Aug 19, 2021        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2021 at the address(es) listed below:

**Name**      **Email Address**

Andrea Dobin
on behalf of Trustee Thomas Orr adobin@msbnj.com

Denise E. Carlon
on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Donald F. Campbell, Jr.
on behalf of Creditor Raymond Dietrich dcampbell@ghclaw.com 4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
on behalf of Creditor Air Technical Home Services LLC d/b/a Air Technical Services dcampbell@ghclaw.com 4433@notices.nextchapterbk.com

Gavin Stewart
on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com

James P. Berg
on behalf of Creditor World Business Lenders LLC s/h/a Axios Bank james.berg@piblaw.com, Daniel.schleifstein@piblaw.com

James P. Berg
on behalf of Creditor WBL SPO I LLC s/h/a Axios Bank james.berg@piblaw.com, Daniel.schleifstein@piblaw.com

Joseph Casello
on behalf of Debtor Carolyn E. Brown jcasello@cvclaw.net jcasello627@gmail.com

Joseph R Zapata, Jr
on behalf of Trustee Thomas Orr jzapata@msbnj.com

Thomas Orr
tom@torrlaw.com Torr@ecf.axosfs.com

Timothy P. Neumann
on behalf of Interested Party Douglas Brown timothy.neumann25@gmail.com btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com

Travis Graga
on behalf of Interested Party Browns Gas Appliance and Furnace Service Inc. tgraga@kbtlaw.com akelly@kbtlaw.com;wsheridan@kbtlaw.com;saudino@kbtlaw.com;pschenke@kbtlaw.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers
on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com

William M.E. Powers, III
on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com

TOTAL: 15