UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
CAROLYN E. BROWN,  
Debtor.

Case No.: 20-20921  
Chapter: 7  
Judge: Gravelle

**NOTICE OF PROPOSED ABANDONMENT**

_____Thomas J. Orr_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Jeanne Naughton, Clerk<br>402 East State St.<br>Trenton, NJ   08608 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable _____Christine M. Gravelle_____ on ____October 12, 2021____ at ___10___ a.m. at the United States Bankruptcy Court, Courtroom no. ___3___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Real property located at 2825 Palm Beach Blvd, Fort Myers, FL.<br><br>Value: $178,000 |
|---|---|

| Liens on property: | Wells Fargo - $161,878.80 |
|---|---|

| Amount of equity claimed as exempt: | n/a |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: Thomas J. Orr, Chapter 7 Trustee  
Address: 321 High Street, Burlington, NJ 08016-4496  
Telephone No.: 609 386-8700

*rev.8/1/15*