UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____aaaa

Chapter: _____aaaa

Hearing Date: _____aaaa

Judge: _____aaaa

**ADJOURNMENT REQUEST**

1. I, _____,

   ☐ am the attorney for: _____,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: _____

   Current hearing date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

2. Consent to adjournment:

   ☐ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: _____    _____
                                           Signature

*new.8/1/15*

**COURT USE ONLY:**

The request for adjournment is:    **PLEASE FILE REPLY BY 9/28/21**

☐ Granted        New hearing date: _____        ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

"

'""""""""""""""""""""""**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2