| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J.LBR 9004-1(b)<br><br>Donald F. Campbell, Jr., Esq. (DC8924)<br>Giordano, Halleran & Ciesla, P.C.<br>125 Half Mile Road, Suite 300<br>Red Bank, NJ 07701<br>Tel: 732 741 3900<br>Fax: 732 224 6599<br>dcampbell@ghclaw.com | Order Filed on September 23, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| | Case No: 20-20921 |
| | Chapter: 7 |
| In Re:<br><br>Carolyn E. Brown | Hearing Date: |
| | Judge: Christine M. Gravelle |

| Recommended Local Form | ☐ Followed | ☒ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**

**DATED: September 23, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

IN RE: Carolyn E. Brown

Case No.: 20-20921

Caption: ORDER VACATING STAY

Page 2 of 2

---

Upon the motion to dismiss case for other reasons re: Deceased Debtor, or in the alternative Motion for Relief from Stay of Creditor Raymond Dietrich, Creditor Air Technical Home Services LLC d/b/a Air Technical Services (Dkt#35), as hereinafter set forth, and for cause shown, it is

**ORDERED** that the motion is granted as set forth herein; and it is further;

**ORDERED** that automatic stay is vacated, effective as of June 30, 2021, to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following state court proceedings:

☒ Browns Gas Appliance & Furnace Inc. vs Dietrich MON-L-002933-18; and it is further

**ORDERED** that the movant, has withdrawn the Motion to Dismiss and therefore, moot; and it is further

**ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.