UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J.LBR 9004-1(b)

Donald F. Campbell, Jr., Esq. (DC8924)
Giordano, Halleran & Ciesla, P.C.
125 Half Mile Road, Suite 300
Red Bank, NJ 07701
Tel: 732 741 3900
Fax: 732 224 6599
dcampbell@ghclaw.com

In Re:

Carolyn E. Brown

Order Filed on September 23, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: 20-20921

Chapter: 7

Hearing Date:

Judge: Christine M. Gravelle

Recommended Local Form    ☐ Followed    ☒ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**

**DATED:** September 23, 2021

Honorable Christine M. Gravelle
United States Bankruptcy Judge

IN RE: Carolyn E. Brown

Case No.: 20-20921

Caption: ORDER VACATING STAY

Page 2 of 2

---

Upon the motion to dismiss case for other reasons re: Deceased Debtor, or in the alternative Motion for Relief from Stay of Creditor Raymond Dietrich, Creditor Air Technical Home Services LLC d/b/a Air Technical Services (Dkt#35), as hereinafter set forth, and for cause shown, it is

**ORDERED** that the motion is granted as set forth herein; and it is further;

**ORDERED** that automatic stay is vacated, effective as of June 30, 2021, to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following state court proceedings:

☒  Browns Gas Appliance & Furnace Inc. vs Dietrich MON-L-002933-18; and it is further

**ORDERED** that the movant, has withdrawn the Motion to Dismiss and therefore, moot; and it is further

**ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 20-20921-CMG

Carolyn E. Brown     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2

Date Rcvd: Sep 23, 2021     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Carolyn E. Brown, 88 Birch Ave, Little Silver, NJ 07739-1107 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2021 at the address(es) listed below:**

**Name**     **Email Address**

Andrea Dobin
    on behalf of Trustee Thomas Orr adobin@msbnj.com

Denise E. Carlon
    on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Donald F. Campbell, Jr.
    on behalf of Creditor Air Technical Home Services LLC d/b/a Air Technical Services dcampbell@ghclaw.com 4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
    on behalf of Creditor Raymond Dietrich dcampbell@ghclaw.com 4433@notices.nextchapterbk.com

Gavin Stewart
    on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com

James P. Berg

District/off: 0312-3 | User: admin | Page 2 of 2

Date Rcvd: Sep 23, 2021 | Form ID: pdf903 | Total Noticed: 1

James P. Berg
    on behalf of Creditor WBL SPO I  LLC s/h/a Axios Bank james.berg@piblaw.com, Daniel.schleifstein@piblaw.com

    on behalf of Creditor World Business Lenders  LLC s/h/a Axios Bank james.berg@piblaw.com, Daniel.schleifstein@piblaw.com

Joseph Casello
    on behalf of Debtor Carolyn E. Brown jcasello@cvclaw.net  jcasello627@gmail.com

Joseph R Zapata, Jr
    on behalf of Trustee Thomas Orr jzapata@msbnj.com

Thomas Orr
    tom@torrlaw.com  Torr@ecf.axosfs.com

Timothy P. Neumann
    on behalf of Interested Party Douglas Brown timothy.neumann25@gmail.com
    btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com

Travis Graga
    on behalf of Interested Party Browns Gas Appliance and Furnace Service Inc. tgraga@kbtlaw.com
    akelly@kbtlaw.com;wsheridan@kbtlaw.com;saudino@kbtlaw.com;pschenke@kbtlaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers
    on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

TOTAL: 15