UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Donald F. Campbell, Jr., Esq. (DC8924)
Giordano, Halleran & Ciesla, P.C.
125 Half Mile Road, Suite 300
Red Bank, NJ 07701
Tel: (732) 741 3900
Fax: (732) 224 6599
dcampbell@ghclaw.com
Counsel to Air Technical Home Services LLC d/b/a
Air Technical Services and Raymond Dietrich

In Re:

Carolyn E. Brown

Case No.: 20-20921
Adv. Pro. No.: _____
Chapter: 7
Hearing Date: 10/5/21
Judge: CMG

## ADJOURNMENT REQUEST

1. I, __Donald F. Campbell, Jr.__,

    ☒ am the attorney for: Air Technical Home Services LLC d/b/a Air Technical Services and Raymond Dietrich
    ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion to Sell 600 Shares in Browns Gas Appliance & Furnace Service (Dkt 132)

   Current hearing date and time: 10/5/2021 at 10:00 AM

   New date requested: 10/12/21 at 10:00 AM

   Reason for adjournment request: to allow additional time to reply to opposition

2. Consent to adjournment:

    ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 9/29/2021

/s/ Donald F. Campbell, Jr.
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted        New hearing date: October 12, 2021 at 10:00 a.m.        ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____        ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

new.9/23/15

2