UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Donald F. Campbell, Jr., Esq. (DC8924)
Giordano, Halleran & Ciesla, P.C.
125 Half Mile Road, Suite 300
Red Bank, NJ 07701
Tel: 732 741 3900
Fax: 732 224 6599
dcampbell@ghclaw.com
Counsel to Raymond Dietrich and Air Technical
Home Services LLC d/b/a Air Technical Services

In Re:

Carolyn E. Brown

Case No.: __20-20921__

Adv. Pro. No.: _____

Chapter: __7__

Hearing Date: __10/12/21__

Judge: __CMG__

## ADJOURNMENT REQUEST

1. I, __Donald F. Campbell, Jr.__,

    ☒ am the attorney for: __Raymond Dietrich and Air Technical Home Services LLC__,

    ☐ am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: __Motion to Sell 600 Shares in Browns Gas Appliance and Furnace Service, Inc.__

    Current hearing date and time: __10/12/2021 at 10:00 AM__

    New date requested: __10/19/2021 at 10:00AM__

    Reason for adjournment request: __to all additional time to reply to opposition__

    _____

2. Consent to adjournment:

    ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 10/7/2021                                            /s/ Donald F. Campbell, Jr.
                                                           Signature

**COURT USE ONLY:**

The request for adjournment is:

☒  Granted          New hearing date: October 19, 2021 at 10:00 a.m.   ☐ Peremptory

☐  Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐  Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2