| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J.LBR 9004-1(b)**<br><br>**GIORDANO, HALLERAN & CIESLA, P.C.**<br>Donald F. Campbell, Jr., Esq. (DC8924)<br>125 Half Mile Road, Suite 300<br>Red Bank, N.J. 07701<br>(732) 741-3900<br>*Attorneys for Creditor, Raymond Dietrich/ Air Technical Home Services LLC d/b/a Air Technical Services* | |
| In Re:<br><br>CAROLYN E. BROWN | Case No: 20-20921 (MBK)<br><br>Chapter:13<br><br>Hearing Date:<br><br>Judge: Judge Christine M. Gravelle. |

## CERTIFICATION OF SERVICE

1. I, Deirdre Rice:

    ☐ represent _____, the Creditor in the above-captioned matter.

    ☒ am the secretary/paralegal for Giordano, Halleran & Ciesla, P.C., who represents *Raymond Dietrich/ Air Technical Home Services LLC d/b/a Air Technical Services*, in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On October 18, 2021 I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Supplemental Letter Brief in Further Opposition of Trustee's Sale Motion
    - Certificate Of Service

I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: October 18, 2021                         */s/      Deirdre Rice*
                                                            Deirdre Rice

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Timothy P. Neumann, Esq.<br>Broege, Neumann, Fischer & Shaver, LLC<br>Old Squan Plaza<br>25 Abe Voorhees Drive<br>Manasquan, NJ 08736 | Counsel for Douglas Brown | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ E-mail-tneumann@bnfsbankruptcy.com<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____ (as authorized by the court *) |
| Joseph Casello, Esq.<br>Collins, Vella & Casello, LLC<br>2317 Highway 34, Suite 1A<br>Manasquan, NJ 08736 | Counsel for Debtor | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____ (as authorized by the court *) |
| Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | US Trustee | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____ (as authorized by the court *) |
| Joseph R. Zapata, Jr. Esq<br>MCMANIMON, SCOTLAND & BAUMANN, LLC<br>427 Riverview Plaza<br>Trenton, NJ 08611 | Counsel for Thomas J. Orr, Chapter 7 Trustee | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ E-mail-jzapata@msbnj.com<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____ (as authorized by the court *) |
| Andrew J. Kelly, Esq.<br>Travis Graga, Esq.<br>The Kelly Firm, P.C.<br>1011 Highway 71<br>Suite 200<br>Spring Lake, New Jersey 07762 | Counsel for Brown's Heating and Cooling, Inc. | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ E-mail akelly@kbtlaw.com<br>tgraga@kbtlaw.com<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____ (as authorized by the court *) |

Docs #5358802-v1