UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

THE KELLY FIRM, P.C.
Andrew J. Kelly, Esq.
Travis R. Graga, Esq.
1011 Highway 71, Suite 200
Spring Lake, New Jersey 07762
(732) 449-0525
akelly@kbtlaw.com
tgraga@kbtlaw.com
Attorneys for Brown's Heating and Cooling, Inc.

In Re:

    CAROLYN E. BROWN,

                  Debtor.

Case No.:   20-20921

Chapter:   7

Hearing Date:   October 19, 2021

Judge:   Christine M. Gravelle

## ADJOURNMENT REQUEST

1.    I, Travis R. Graga,

      ☒  am the attorney for: Brown's Heating and Cooling, Inc.,

      ☐  am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion to Sell 600 Shares. ECF No. 132.

   Current hearing date and time: October 19, 2021 at 10:00 a.m.

   New date requested: October 26, 2021 at 10:00 a.m.

   Reason for adjournment request: The Debtor seeks to adjourn the hearing to allow the parties time to review Mr. Campbell's most recent submission.

2.    Consent to adjournment:

      ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: October 18, 2021                  /s/ Travis R. Graga
                                                     Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: 10/26/21 at 10:00 a.m.    ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2

*new.8/1/15*