| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J.LBR 9004-1(b)**<br><br>**GIORDANO, HALLERAN & CIESLA, P.C.**<br>Donald F. Campbell, Jr., Esq. (DC8924)<br>125 Half Mile Road, Suite 300<br>Red Bank, N.J. 07701<br>(732) 741-3900<br>*Attorneys for Creditor, Raymond Dietrich/ Air Technical Home Services LLC d/b/a Air Technical Services* | |
| In Re:<br><br>CAROLYN E. BROWN | Case No: 20-20921 (MBK)<br><br>Chapter:13<br><br>Hearing Date:<br><br>Judge: Judge Christine M. Gravelle. |

## CERTIFICATION OF SERVICE

1. I, Deirdre Rice:

   ☐ represent _____, the Creditor in the above-captioned matter.

   ☒ am the secretary/paralegal for Giordano, Halleran & Ciesla, P.C., who represents *Raymond Dietrich/ Air Technical Home Services LLC d/b/a Air Technical Services*, in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On October 25, 2021 I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - Order Vacating Stay
   - Certificate Of Service

I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: October 25, 2021        /s/     Deirdre Rice
                               Deirdre Rice

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Joseph Casello<br>Collins, Vella & Casello<br>2317 Route 34 South<br>Suite 1A<br>Manasquan, NJ 08736<br>Email: jcasello@cvclaw.net | Counsel for Debtor | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Andrea Dobin<br>McManimon Scotland & Baumann, LLC<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>Email: adobin@msbnj.com<br><br>Joseph R Zapata, Jr<br>McManimon Scotland & Baumann, LLC<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>Email: jzapata@msbnj.com | Counsel for Trustee | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | US Trustee | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

Docs #5319142-v1