UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: CAROLYN E. BROWN

Case No.: __20-20921 (CMG)__
Chapter: __7__
Judge: __Gravelle__

## NOTICE OF PROPOSED PUBLIC SALE

__Thomas J. Orr__, __Chapter 7 Trustee__, in this case proposes to sell property of the estate as described below. If you object to the sale, you must file a written objection and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Jeanne M. Naughton<br>402 East State St.<br>Trenton, NJ  08607 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle__ on __April 26, 2022__ at __10__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__, __402 East State St., Trenton, NJ  08607__. (Hearing date must be at least 28 from the date of this notice).

If no objection to the sale is filed the clerk will enter a Certification of No Objection and the sale will be consummated as proposed.

| Location, date and time of sale: | Online auction to commence on April 28, 2022, and continue through May 4, 2022.  The auction can be located on the auctioneer's website at http://www.theauctioneersgroup.com/. |
|---|---|

| Description of property to be sold: | Thomas Kinkade paintings. |
|---|---|

| Terms of sale: | There will be a 10% commission to The Auctioneers Group from the proceeds of sale.  A 20% buyer's premium will be charged to the successful bidder and paid to The Auctioneers Group based upon the bid price.  Information for the auction can be found at http://www.theauctioneersgroup.com. |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: __Joseph R. Zapata, Jr., Esq., Counsel to Thomas J. Orr, Chapter 7 Trustee__
Address: __427 Riverview Plaza, Trenton, NJ  08611__
Telephone No.: __973-681-7979/jzapata@msbnj.com__

*rev.8/1/15*