UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 20-20921 (CMG) |
| CAROLYN E. BROWN | Chapter: 7 |
| | Judge: Gravelle |

### NOTICE OF PROPOSED PUBLIC SALE

__Thomas J. Orr__, __Chapter 7 Trustee__, in this case proposes to sell property of the estate as described below. If you object to the sale, you must file a written objection and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Jeanne M. Naughton<br>402 East State St.<br>Trenton, NJ  08607 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle__ on __April 26, 2022__ at __10__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__, __402 East State St., Trenton, NJ  08607__. (Hearing date must be at least 28 from the date of this notice).

If no objection to the sale is filed the clerk will enter a Certification of No Objection and the sale will be consummated as proposed.

| Location, date and time of sale: | Online auction to commence on April 28, 2022, and continue through May 4, 2022.  The auction can be located on the auctioneer's website at http://www.theauctioneersgroup.com/. |
|---|---|

| Description of property to be sold: | Thomas Kinkade paintings. |
|---|---|

| Terms of sale: | There will be a 10% commission to The Auctioneers Group from the proceeds of sale.  A 20% buyer's premium will be charged to the successful bidder and paid to The Auctioneers Group based upon the bid price.  Information for the auction can be found at http://www.theauctioneersgroup.com. |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: Joseph R. Zapata, Jr., Esq., Counsel to Thomas J. Orr, Chapter 7 Trustee

Address: 427 Riverview Plaza, Trenton, NJ  08611

Telephone No.: 973-681-7979/jzapata@msbnj.com

rev.8/1/15

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-20921-CMG |
| Carolyn E. Brown | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 16, 2022 | Form ID: pdf905 | Total Noticed: 50 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carolyn E. Brown, 88 Birch Ave, Little Silver, NJ 07739-1107 |
| cr | + | Air Technical Home Services LLC d/b/a Air Technica, c/o Giordano, Halleran & Ciesla, P.C., 125 Half Mile Road, Suite 300, Red Bank, NJ 07701-6777 |
| r | + | Berkshire Hathaway HomeServices Fox & Roach Realto, 350 Rt. 35, Red Bank, NJ 07701-5916 |
| intp | + | Browns Gas Appliance and Furnace Service Inc., 88 Birch Ave., Little Silver, NJ 07739-1107 |
| acc | + | Sharer Petree Brotz & Snyder, 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043-4376 |
| auc | + | The Auctioneers Group, 22 Smock Street, Neptune City, NJ 07753-6743 |
| cr | + | Toyota Motor Credit Corporation, P.O. Box 340514, Tampa, FL 33694-0514 |
| cr | + | WBL SPO I, LLC s/h/a Axios Bank, c/o Parker Ibrahim & Berg LLP, 270 Davidson Avenue, 5th Floor, Somerset, NJ 08873-4140 |
| cr | + | World Business Lenders, LLC s/h/a Axios Bank, c/o Parker Ibrahim & Berg LLP, 270 Davidson Avenue, 5th Floor, Somerset, NJ 08873-4140 |
| 519000420 | + | Alta Mar Condominium Association, 2825 Palm Beach Blvd, Fort Myers, FL 33916-1513 |
| 518966524 | + | Axios Bank, 9205 W. Russell Road, Suite 400, Las Vegas, NV 89148-1468 |
| 518966525 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 519001119 | + | Browns Heating Cooling Inc, 88 Birch Ave, Little Silver, NJ 07739-1107 |
| 518966528 | + | Complete Business Solutions Group, PAR Funding, 2000 PGA Blvd, Suite 4440, North Palm Beach, FL 33408-2738 |
| 519220144 | + | Douglas R. Brown, c/o Timothy Neumann, 25 Abe Voorhees Drive, Manasquan, NJ 08736-3560 |
| 518966529 | | Elan Financial Svcs, P.O. Box 7904408, Saint Louis, MO 63179-0408 |
| 518966530 | | Everest Business Funding, 8200 BW 52nd Terrace, 2nd Floor, Doral, FL 33166 |
| 518966531 | + | Everydat Capital, 116 Nassau Street, Suite 804, New York, NY 10038-2481 |
| 519066707 | + | Everyday Capital, 116 Nassau Street, Suite 804, New York NY 10038-2481 |
| 518966532 | + | Fast Capital 360, Forward Financing, 100 Sumer Street, Suite 175, Boston, MA 02110-2106 |
| 518966534 | | High Speed Capital, LLC, 1 Evertrust Plz, Ste 1401, Jersey city, NJ 07302-3087 |
| 519011909 | + | Mantis Funding LLC, C/O Zachter PLLC, 2 University Plaza, Suite 205, Hackensack, NJ 07601-6211 |
| 518966536 | + | McComber & McComber, 54 Shrewsbury Ave, Red Bank, NJ 07701-1176 |
| 519066709 | + | Memorial Sloan Kettering, 1275 York Avenue, New York NY 10065-6094 |
| 518966537 | + | Mermorial Sloan Kettering, 1275 York Avenue, New York, NY 10065-6094 |
| 519000423 | + | Pioneer Credit Recovery, PO Box 1018, Moorestown, NJ 08057-0018 |
| 518966539 | + | Raymond Dietrich, 1095 Ridge Ave, Manahawkin, NJ 08050-5608 |
| 519020074 | + | Raymond Dietrich, c/o Giordano, Halleran & Ciesla, P.C., 125 Half Mile Road, Suite 300, Red Bank, NJ 07701-6777 |
| 519000424 | | State of New Jersey, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 519168740 | + | WBL SPO I, LLC, c/o Parker Ibrahim & Berg LLP, 270 Davidson Avenue, 5th Floor, Somerset, New Jersey 08873-4140 |
| 518966540 | | Wells Fargo, PO Box 10306, Des Moines, IA 50306-0306 |
| 518986419 | + | Wells Fargo Bank, N.A., Attn: Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Mar 16 2022 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |

Case 20-20921-CMG    Doc 160    Filed 03/18/22    Entered 03/19/22 00:14:14    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 16, 2022 | Form ID: pdf905 | Total Noticed: 50 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 16 2022 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518966523 | + | Email/PDF: bncnotices@becket-lee.com | Mar 16 2022 20:45:48 | American Express, Bankruptcy Department, P.O. Box 981540, El Paso, TX 79998-1540 |
| 518994497 | | Email/PDF: bncnotices@becket-lee.com | Mar 16 2022 20:45:44 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518966527 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 16 2022 20:56:34 | Citicard, P.O. Box 9001037, Louisville, KY 40290-1037 |
| 518966533 | + | Email/Text: cashiering-administrationservices@flagstar.com | Mar 16 2022 20:43:00 | Flagstar Bank, 5151 Corporate Drive 3W-125, Troy, MI 48098-2639 |
| 519037483 | + | Email/Text: bankruptcyalerts@forwardfinancing.com | Mar 16 2022 20:42:00 | Forward Financing, 53 State Street, 20th Floor, Boston, MA 02109-3204 |
| 519000421 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 16 2022 20:42:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518966526 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 16 2022 20:45:42 | Chase, Card Memeber Services, P.O. Box 15153, Wilmington, DE 19886-5153 |
| 518986717 | + | Email/Text: RASEBN@raslg.com | Mar 16 2022 20:42:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519034800 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 16 2022 20:56:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518966535 | + | Email/Text: n.gong@mantisfunding.com | Mar 16 2022 20:42:00 | Mantis Funding, National Business & Capital Services, 64 Beaver Street, Suite 344, New York, NY 10004-2508 |
| 519066710 | | Email/Text: pgt@rawlingsandassociates.com | Mar 16 2022 20:43:00 | Oxford, c/o Rawlings Financial Services LLC, PO Box 2020, La Grange KY 40031-2020 |
| 518966538 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 16 2022 20:43:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519014043 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 16 2022 20:43:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519000422 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 16 2022 20:42:00 | Lexus Financial Services, P.O. Box 9490, Cedar Rapids, IA 52409-9490 |
| 518992263 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 16 2022 20:42:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519002936 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 16 2022 20:42:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Raymond Dietrich, c/o Giordano, Halleran & Ciesla, P.C., 125 Half Mile Road, Suite 300, Red Bank, NJ 07701-6777 |
| 518994498 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519066708 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Lexus Financial Services, P.O. Box 9490, Cedar Rapids IA 52409-9490 |
| intp | ##+ | Salvatore Salvati, 30 Allen St, Shrewsbury, NJ 07702-4103 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 18, 2022          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Andrea Dobin | on behalf of Trustee Thomas Orr adobin@msbnj.com cgallo@msbnj.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Donald F. Campbell, Jr. | on behalf of Creditor Raymond Dietrich dcampbell@ghclaw.com 4433@notices.nextchapterbk.com |
| Donald F. Campbell, Jr. | on behalf of Creditor Air Technical Home Services LLC d/b/a Air Technical Services dcampbell@ghclaw.com 4433@notices.nextchapterbk.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| James P. Berg | on behalf of Creditor WBL SPO I LLC s/h/a Axios Bank james.berg@piblaw.com, Daniel.schleifstein@piblaw.com |
| James P. Berg | on behalf of Creditor World Business Lenders LLC s/h/a Axios Bank james.berg@piblaw.com, Daniel.schleifstein@piblaw.com |
| Joseph Casello | on behalf of Debtor Carolyn E. Brown jcasello@cvclaw.net jcasello627@gmail.com |
| Joseph R Zapata, Jr | on behalf of Trustee Thomas Orr jzapata@msbnj.com |
| Thomas Orr | tom@torrlaw.com Torr@ecf.axosfs.com |
| Timothy P. Neumann | on behalf of Interested Party Douglas Brown timothy.neumann25@gmail.com btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com |
| Travis Graga | on behalf of Interested Party Browns Gas Appliance and Furnace Service Inc. tgraga@kbtlaw.com akelly@kbtlaw.com;wsheridan@kbtlaw.com;saudino@kbtlaw.com;pschenke@kbtlaw.com |
| Travis Graga | on behalf of Interested Party Brown's Heating and Cooling Inc. tgraga@kbtlaw.com, akelly@kbtlaw.com;wsheridan@kbtlaw.com;saudino@kbtlaw.com;pschenke@kbtlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers | on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com |

TOTAL: 16