Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                      Case No.:  20–20921–CMG
                      Chapter:  7
                      Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carolyn E. Brown
   88 Birch Ave
   Little Silver, NJ 07739

Social Security No.:
   xxx–xx–0239

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

     I  Michael R Gilmore , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

2825 Palm Beach Boulevard, Fort Myers FL 33916


Dated: April 12, 2022
JAN: mrg

                                                              Jeanne Naughton
                                                             Clerk