|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>BARRY R. SHARER, CPA<br>Sharer Petree Brotz & Snyder<br>1103 Laurel Oak Road<br>Suite 105B<br>Voorhees, NJ 08043<br>(856)435-3200<br>Accountant for the Chapter 7 Trustee | Order Filed on September 20, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**BROWN, CAROLYN** | Case No.: 20-20921<br><br>Chapter 7<br><br>Hearing Date: 09/20/22 @ 2:00PM<br><br>Judge: CMG |

**ORDER AWARDING FINAL COMPENSATION AND EXPENSES
FOR THE ACCOUNTANT TO THE TRUSTEE**

The relief set forth on the following pages, numbered two (2) through two (2) is Hereby **ORDERED**.

**DATED: September 20, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtor:	**BROWN, CAROLYN**
Case No.:	20-20921
Caption of Order: Order Approving Fees and Expenses for the Accountant for the Chapter 7 Trustee

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is

**ORDERED**, that compensation and expenses are allowed as follows:

APPLICANT

Sharer Petree Brotz & Snyder

FEES:             $9,173.50

EXPENSES      $    35.02

TOTAL:           $9,208.52

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 20-20921-CMG

Carolyn E. Brown                                                                              Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 20, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2022:**

**Recip ID        Recipient Name and Address**
db              + Carolyn E. Brown, 88 Birch Ave, Little Silver, NJ 07739-1107

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 22, 2022                              Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2022 at the address(es) listed below:

**Name**              **Email Address**

Albert Russo
        on behalf of Trustee Albert Russo docs@russotrustee.com

Andrea Dobin
        on behalf of Trustee Thomas Orr adobin@msbnj.com cgallo@msbnj.com

Barry R. Sharer
        on behalf of Accountant Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com BSharer@SharerPBS.com;nj83@ecfcbis.com

Denise E. Carlon
        on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Donald F. Campbell, Jr.
        on behalf of Creditor Raymond Dietrich dcampbell@ghclaw.com 4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
        on behalf of Creditor Air Technical Home Services LLC d/b/a Air Technical Services dcampbell@ghclaw.com

Case 20-20921-CMG    Doc 168    Filed 09/22/22    Entered 09/23/22 00:12:24    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 20, 2022 | Form ID: pdf903 | Total Noticed: 1 |

4433@notices.nextchapterbk.com

Gavin Stewart
    on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com

James P. Berg
    on behalf of Creditor World Business Lenders  LLC s/h/a Axios Bank james.berg@piblaw.com, Daniel.schleifstein@piblaw.com

James P. Berg
    on behalf of Creditor WBL SPO I  LLC s/h/a Axios Bank james.berg@piblaw.com, Daniel.schleifstein@piblaw.com

Joseph Casello
    on behalf of Debtor Carolyn E. Brown jcasello@cvclaw.net  jcasello627@gmail.com

Joseph R Zapata, Jr
    on behalf of Trustee Thomas Orr jzapata@msbnj.com

Thomas Orr
    tom@torrlaw.com  Torr@ecf.axosfs.com

Timothy P. Neumann
    on behalf of Interested Party Douglas Brown timothy.neumann25@gmail.com btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com

Travis Graga
    on behalf of Interested Party Browns Gas Appliance and Furnace Service Inc. tgraga@kbtlaw.com akelly@kbtlaw.com;wsheridan@kbtlaw.com

Travis Graga
    on behalf of Interested Party Brown's Heating and Cooling  Inc. tgraga@kbtlaw.com, akelly@kbtlaw.com;wsheridan@kbtlaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers
    on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

TOTAL: 18