UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

COLLINS, VELLA & CASELLO, LLC
2317 Highway 34, Suite 1A
Manasquan, NJ 08736
(732)751-1766
Joseph Casello, Esq.
Attorneys for the Debtor

In Re:

Carolyn E. Brown

Case No.: 20-20921

Chapter: 7

Adv. No.:

Hearing Date:

Judge: Gravelle

## CERTIFICATION OF SERVICE

1. I, __Courtney Parker__ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for __Joseph M. Casello__, who represents __the Debtor__ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __January 17, 2023__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    1. Application for Payment of Unclaimed Funds in the Amount of $1,059.98
    2. Proposed Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __1/17/2023__              _Courtney Parker_
                                  Signature

## SERVICE LIST

*For Mailing on January 17, 2023*
*Sent Via Regular Mail*

William M.E. Powers III, Esq.
Powers Kirn, LLC
728 Marne Highway, Suite 200
Moorestown, NJ 08057
*Attorneys for Wells Fargo Bank, N.A.*

Denise Carlon, Esq.
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
*Attorneys for Quicken Loans, LLC*

GIORDANO, HALLERAN & CIESLA, P.C.
125 Half Mile Road, Suite 300
Red Bank, NJ 07701
Attn: Donald F. Campbell, Esq.
*Attorneys for Raymond Dietrich and Air Technical Home Services d/b/a Air Technical Services*

Albert Russo, Esq.
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650

Office of the United States Trustee
One Newark Center – Suite 2100
Newark, New Jersey 07102

James P. Berg, Esq.
270 Davidson Avenue, 5th Floor
Somerset, New Jersey 08873
*Attorneys for World Business Lenders, LLC s/h/a Axios Bank*
*Attorneys for WLB SPO I, LLC s/h/a Axios Bank*

TIMOTHY P. NEUMANN, ESQ.
BROEGE, NEUMANN, FISCHER & SHAVER, LLC
25 Abe Voorhees Drive
Manasquan, NJ 08736
*Attorneys for Douglas Brown*

GIORDANO, HALLERAN & CIESLA, P.C.
125 Half Mile Road, Suite 300
Red Bank, NJ 07701
Attn: Patrick S. Convery, Esq.
*Attorneys for Raymond Dietrich*

Barry R. Sharer
Sharer Petree Brotz & Snyder
1103 Laurel Oak Road
Suite 105-B
Voorhees, NJ 08043
*Accountant for Chapter 7 Trustee*

Joseph R. Zapata, Jr., Esq.
McManimon, Scotland & Bauman, LLC
427 Riverview Plaza
Trenton, NJ 08611
*Attorneys for Chapter 7 Trustee, Thomas Orr*

Office of the United States Attorney
District of New Jersey
Peter Rodino Federal Building
970 Broad Street, Suite 700
Newark, NJ 07102