| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004<br>**MCMANIMON, SCOTLAND & BAUMANN, LLC**<br>427 Riverview Plaza<br>Trenton, New Jersey 08611<br>(973) 323-8667<br>Andrea Dobin<br>adobin@msbnj.com<br>*Attorneys for Thomas J. Orr, Chapter 7 Trustee* | **Order Filed on March 6, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>**CAROLYN E. BROWN**,<br><br>                    Debtor. | Case No. 20-20921 (CMG)<br><br>Chapter 7<br><br>Honorable Christine M. Gravelle, U.S.B.J. |

**CONSENT ORDER MODIFYING CLAIM OF DOUGLAS R. BROWN [CLAIM NO. 19]**

The relief set forth on the following page numbered two (2) is hereby **ORDERED.**

**DATED: March 6, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor:	Carolyn E. Brown
Case No.	20-20921 (CMG)
Caption of Order:	Consent Order Modifying Claim of Douglas R. Brown [Claim No. 19]

**THIS MATTER,** having been presented to the Court by Thomas J. Orr, the Chapter 7 Trustee (the "**Trustee**") for Carolyn E. Brown, Chapter 7 debtor ("**Debtor**"), by and through his counsel, McManimon, Scotland & Baumann, LLC, by application for the entry of a Consent Order Modifying the Claim of Douglas R. Brown ("**DBrown**") and DBrown, through his counsel, Broege, Neumann, Fischer & Shaver, having consented to the modification of his claim as same was filed after the deadline for filing claims, it is hereby

**ORDERED** that Proof of Claim No. 19 filed by Douglas R. Brown is modified and allowed as a **SUBORDINATED UNSECURED CLAIM** entitled to participate in the distribution only pursuant to 11 U.S.C. §726(a)(3).

*The undersigned hereby consent to the form and entry of the within Order:*

| **MCMANIMON SCOTLAND & BAUMANN, LLC** | **BROEGE, NEUMANN, FISCHER & SHAVER** |
|---|---|
| *Attorneys for Thomas J. Orr, Chapter 7 Trustee* | *Attorneys for Douglas R. Brown, the Debtor* |
| By: _____/s/ Andrea Dobin_____ | By: _____/s/ Timothy Neumann_____ |
| ANDREA DOBIN | TIMOTHY NEUMANN |
| Dated: February 24, 2023 | Dated: February 24, 2023 |

4885-7797-2299, v. 1