

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br> Caption in Compliance with D.N.J. LBR 9004 <br> **MCMANIMON, SCOTLAND & BAUMANN, LLC** <br> 427 Riverview Plaza <br> Trenton, New Jersey 08611 <br> (973) 323-8667 <br> Andrea Dobin <br> adobin@msbnj.com <br> *Attorneys for Thomas J. Orr, Chapter 7 Trustee* | Order Filed on March 6, 2023 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey |
| In re: <br><br> **CAROLYN E. BROWN**, <br><br>                Debtor. | Case No. 20-20921 (CMG) <br><br> Chapter 7 <br><br> Honorable Christine M. Gravelle, U.S.B.J. |

**CONSENT ORDER MODIFYING CLAIM OF DOUGLAS R. BROWN [CLAIM NO. 19]**

The relief set forth on the following page numbered two (2) is hereby **ORDERED.**

**DATED: March 6, 2023**

                                                Honorable Christine M. Gravelle <br>
                                                United States Bankruptcy Judge

Page 2 of 2
Debtor:           Carolyn E. Brown
Case No.          20-20921 (CMG)
Caption of Order: Consent Order Modifying Claim of Douglas R. Brown [Claim No. 19]

---

**THIS MATTER,** having been presented to the Court by Thomas J. Orr, the Chapter 7 Trustee (the "**Trustee**") for Carolyn E. Brown, Chapter 7 debtor ("**Debtor**"), by and through his counsel, McManimon, Scotland & Baumann, LLC, by application for the entry of a Consent Order Modifying the Claim of Douglas R. Brown ("**DBrown**") and DBrown, through his counsel, Broege, Neumann, Fischer & Shaver, having consented to the modification of his claim as same was filed after the deadline for filing claims, it is hereby

**ORDERED** that Proof of Claim No. 19 filed by Douglas R. Brown is modified and allowed as a **SUBORDINATED UNSECURED CLAIM** entitled to participate in the distribution only pursuant to 11 U.S.C. §726(a)(3).

*The undersigned hereby consent to the form and entry of the within Order:*

| | |
|---|---|
| **MCMANIMON SCOTLAND & BAUMANN, LLC**<br>*Attorneys for Thomas J. Orr, Chapter 7 Trustee* | **BROEGE, NEUMANN, FISCHER & SHAVER**<br>*Attorneys for Douglas R. Brown, the Debtor* |
| By:     */s/ Andrea Dobin*<br>       ANDREA DOBIN | By:       */s/ Timothy Neumann*<br>       TIMOTHY NEUMANN |
| Dated: February 24, 2023 | Dated: February 24, 2023 |

4885-7797-2299, v. 1

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 20-20921-CMG
Carolyn E. Brown  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Mar 06, 2023     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2023:**

**Recip ID     Recipient Name and Address**
db     + Carolyn E. Brown, 88 Birch Ave, Little Silver, NJ 07739-1107

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Andrea Dobin | on behalf of Trustee Thomas Orr adobin@msbnj.com cgallo@msbnj.com |
| Barry R. Sharer | on behalf of Accountant Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com BSharer@SharerPBS.com;nj83@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Donald F. Campbell, Jr. | on behalf of Creditor Raymond Dietrich dcampbell@ghclaw.com 4433@notices.nextchapterbk.com |
| Donald F. Campbell, Jr. | on behalf of Creditor Air Technical Home Services LLC d/b/a Air Technical Services dcampbell@ghclaw.com |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 06, 2023 | Form ID: pdf903 | Total Noticed: 1 |

4433@notices.nextchapterbk.com

Gavin Stewart
    on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com

James P. Berg
    on behalf of Creditor World Business Lenders  LLC s/h/a Axios Bank james.berg@piblaw.com, Daniel.schleifstein@piblaw.com

James P. Berg
    on behalf of Creditor WBL SPO I  LLC s/h/a Axios Bank james.berg@piblaw.com, Daniel.schleifstein@piblaw.com

Joseph Casello
    on behalf of Debtor Carolyn E. Brown jcasello@cvclaw.net  jcasello627@gmail.com

Joseph R Zapata, Jr
    on behalf of Trustee Thomas Orr jzapata@msbnj.com

Thomas Orr
    tom@torrlaw.com  Torr@ecf.axosfs.com

Timothy P. Neumann
    on behalf of Interested Party Douglas Brown timothy.neumann25@gmail.com btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com

Travis Graga
    on behalf of Interested Party Browns Gas Appliance and Furnace Service Inc. tgraga@kbtlaw.com akelly@kbtlaw.com;wsheridan@kbtlaw.com

Travis Graga
    on behalf of Interested Party Brown's Heating and Cooling  Inc. tgraga@kbtlaw.com, akelly@kbtlaw.com;wsheridan@kbtlaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers
    on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

TOTAL: 18