UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>CAROLYN E. BROWN,<br>Debtor. | Case No.: 20-20921 (CMG)<br>Chapter: 7<br>Judge: Gravelle |

**NOTICE OF PROPOSED ABANDONMENT**

_____Thomas J. Orr_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Jeanne Naughton, Clerk<br>402 East State St.<br>Trenton, NJ   08608 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable _____Christine M. Gravelle_____ on ____August 27, 2024____ at ____10____ a.m. at the United States Bankruptcy Court, Courtroom no. ____3____. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 76% interest in Patterson Avenue Property, LLC (the "LLC").  Estimated value: $0.00.  The sole asset of the LLC consists of real property located at 88 Birch Avenue, Little Silver, NJ (the "Birch Avenue Property"), encumbered by a mortgage lien in favor of WBL SPO for an amount in excess of the value of the Birch Avenue Property.  The Birch Avenue Property is further subject to a foreclosure proceeding with a foreclosure judgment imminent. |
|---|---|

| Liens on property: | Unknown. |
|---|---|

| Amount of equity claimed as exempt: | N/A. |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:    Joseph R. Zapata, Jr.
Address:    427 Riverview Plaza, Trenton, NJ  08611
Telephone No.: 973-681-7979

*rev.8/1/15*