**MCMANIMON, SCOTLAND & BAUMANN, LLC**
427 Riverview Plaza
Trenton, New Jersey 08611
(973) 681-7979
Joseph R. Zapata, Jr., Esq. (jzapata@msbnj.com)
*Attorneys for Thomas J. Orr, Chapter 7 Trustee*

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>**CAROLYN E. BROWN**,<br><br>　　　　　　　　　Debtor. | Case No. 20-20921 (CMG)<br><br>Chapter 7<br><br>Honorable Christine M. Gravelle, U.S.B.J. |

### NOTICE OF WITHDRAWAL OF DOCUMENT

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws the Notice of Proposed Abandonment filed in the above-captioned case on July 24, 2024 at Docket No. 185.

　　　　　　　　　　　　　　　　　　　**MCMANIMON, SCOTLAND & BAUMANN, LLC**
　　　　　　　　　　　　　　　　　　　*Attorneys for Thomas J. Orr*
　　　　　　　　　　　　　　　　　　　*Chapter 7 Trustee*


　　　　　　　　　　　　　　　　　　　By:　　/s/ Joseph R. Zapata, Jr.
Dated: August 2, 2024　　　　　　　　　　JOSEPH R. ZAPATA, JR.