UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:          Case No.: 20-20921 (CMG)
CAROLYN E. BROWN,     Chapter: 7
        Debtor.         Judge: Gravelle

### NOTICE OF PROPOSED ABANDONMENT

Thomas J. Orr, Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Jeanne Naughton, Clerk<br>402 East State St.<br>Trenton, NJ  08608 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on September 3, 2024 at 10 a.m. at the United States Bankruptcy Court, Courtroom no. 3. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 77.4642% interest in Patterson Avenue Property, LLC (the "LLC"). Estimated value: $0.00. The sole asset of the LLC consists of real property located at 88 Birch Avenue, Little Silver, NJ (the "Birch Avenue Property"), encumbered by a mortgage lien in favor of WBL SPO for an amount in excess of the value of the Birch Avenue Property. The Birch Avenue Property is further subject to a foreclosure proceeding with a foreclosure judgment imminent. |
|---|---|
| Liens on property: | Unknown. |
| Amount of equity claimed as exempt: | N/A. |

Objections must be served on, and requests for additional information directed to:

Name: Joseph R. Zapata, Jr.
Address: 427 Riverview Plaza, Trenton, NJ  08611
Telephone No.: 973-681-7979

rev.8/1/15

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-20921-CMG |
| Carolyn E. Brown | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Aug 02, 2024 | Form ID: pdf905 | Total Noticed: 53 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carolyn E. Brown, 88 Birch Ave, Little Silver, NJ 07739-1107 |
| cr | + | Air Technical Home Services LLC d/b/a Air Technica, c/o Giordano, Halleran & Ciesla, P.C., 125 Half Mile Road, Suite 300, Red Bank, NJ 07701-6777 |
| r | + | Berkshire Hathaway HomeServices Fox & Roach Realto, 350 Rt. 35, Red Bank, NJ 07701-5916 |
| intp | + | Browns Gas Appliance and Furnace Service Inc., 88 Birch Ave., Little Silver, NJ 07739-1107 |
| intp | | Salvatore Salvati, 26 Brasch Blvd, Middletown, NJ 07748-3159 |
| auc | + | The Auctioneers Group, 22 Smock Street, Neptune City, NJ 07753-6743 |
| cr | + | WBL SPO I, LLC s/h/a Axios Bank, c/o Parker Ibrahim & Berg LLP, 270 Davidson Avenue, 5th Floor, Somerset, NJ 08873-4140 |
| cr | + | World Business Lenders, LLC s/h/a Axios Bank, c/o Parker Ibrahim & Berg LLP, 270 Davidson Avenue, 5th Floor, Somerset, NJ 08873-4140 |
| 519000420 | + | Alta Mar Condominium Association, 2825 Palm Beach Blvd, Fort Myers, FL 33916-1513 |
| 518966524 | + | Axios Bank, 9205 W. Russell Road, Suite 400, Las Vegas, NV 89148-1468 |
| 519001119 | + | Browns Heating Cooling Inc, 88 Birch Ave, Little Silver, NJ 07739-1107 |
| 519952795 | | COLLINS, VELLA & CASELL, LLC, ESTATE OF CAROLYN, 88 BIRCH AVENUE, C/0 DOUG BROWN PERSONAL REP, LITTLE SILVER NJ 07739 |
| 519699193 | + | Carolyn E. Brown, 11 Oak Glen Lane, Colts Neck, NJ 07722-1612 |
| 518966528 | + | Complete Business Solutions Group, PAR Funding, 2000 PGA Blvd, Suite 4440, North Palm Beach, FL 33408-2738 |
| 519220144 | + | Douglas R. Brown, c/o Timothy Neumann, 25 Abe Voorhees Drive, Manasquan, NJ 08736-3560 |
| 518966529 | | Elan Financial Svcs, P.O. Box 7904408, Saint Louis, MO 63179-0408 |
| 518966530 | | Everest Business Funding, 8200 BW 52nd Terrace, 2nd Floor, Doral, FL 33166 |
| 518966531 | + | Everydat Capital, 116 Nassau Street, Suite 804, New York, NY 10038-2481 |
| 519066707 | + | Everyday Capital, 116 Nassau Street, Suite 804, New York NY 10038-2481 |
| 518966532 | + | Fast Capital 360, Forward Financing, 100 Sumer Street, Suite 175, Boston, MA 02110-2104 |
| 518966534 | # | High Speed Capital, LLC, 1 Evertrust Plz, Ste 1401, Jersey city, NJ 07302-3087 |
| 519011909 | + | Mantis Funding LLC, C/O Zachter PLLC, 2 University Plaza, Suite 205, Hackensack, NJ 07601-6211 |
| 518966536 | + | McComber & McComber, 54 Shrewsbury Ave, Red Bank, NJ 07701-1176 |
| 519066709 | + | Memorial Sloan Kettering, 1275 York Avenue, New York NY 10065-6094 |
| 518966537 | + | Mermorial Sloan Kettering, 1275 York Avenue, New York, NY 10065-6094 |
| 519000423 | + | Pioneer Credit Recovery, PO Box 1018, Moorestown, NJ 08057-0018 |
| 518966539 | + | Raymond Dietrich, 1095 Ridge Ave, Manahawkin, NJ 08050-5608 |
| 519020074 | + | Raymond Dietrich, c/o Giordano, Halleran & Ciesla, P.C., 125 Half Mile Road, Suite 300, Red Bank, NJ 07701-6777 |
| 519168740 | + | WBL SPO I, LLC, c/o Parker Ibrahim & Berg LLP, 270 Davidson Avenue, 5th Floor, Somerset, New Jersey 08873-4140 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | | |
| | | | Aug 02 2024 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | | |
| | | | Aug 02 2024 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| acc | + | Email/Text: rsnyder@sharerpbs.com | | |

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 02, 2024 | Form ID: pdf905 | Total Noticed: 53 |

| | | | | |
|---|---|---|---|---|
| | | | Aug 02 2024 20:35:00 | Sharer Petree Brotz & Snyder, 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043-4376 |
| cr | ^ | MEBN | | |
| | | | Aug 02 2024 20:36:17 | Toyota Motor Credit Corporation, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518966523 | + | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Aug 02 2024 20:54:08 | American Express, Bankruptcy Department, P.O. Box 981540, El Paso, TX 79998-1540 |
| 518994497 | | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Aug 02 2024 20:54:05 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518966525 | | Email/Text: creditcardbkcorrespondence@bofa.com | | |
| | | | Aug 02 2024 20:34:00 | Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 518966527 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Aug 02 2024 20:43:48 | Citicard, P.O. Box 9001037, Louisville, KY 40290-1037 |
| 518966533 | + | Email/Text: cashiering-administrationservices@flagstar.com | | |
| | | | Aug 02 2024 20:35:00 | Flagstar Bank, 5151 Corporate Drive 3W-125, Troy, MI 48098-2639 |
| 519037483 | + | Email/Text: bankruptcyalerts@forwardfinancing.com | | |
| | | | Aug 02 2024 20:34:00 | Forward Financing, 53 State Street, 20th Floor, Boston, MA 02109-2820 |
| 519000421 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Aug 02 2024 20:35:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518966526 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Aug 02 2024 20:43:45 | Chase, Card Memeber Services, P.O. Box 15153, Wilmington, DE 19886-5153 |
| 518986717 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Aug 02 2024 20:34:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519034800 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Aug 02 2024 20:43:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519000422 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | | Aug 02 2024 20:35:00 | Lexus Financial Services, P.O. Box 9490, Cedar Rapids, IA 52409-9490 |
| 518966535 | + | Email/Text: k.fink@mantisfunding.com | | |
| | | | Aug 02 2024 20:35:00 | Mantis Funding, National Business & Capital Services, 64 Beaver Street, Suite 344, New York, NY 10004-2508 |
| 519066710 | | Email/Text: pgt@rawlingsandassociates.com | | |
| | | | Aug 02 2024 20:35:00 | Oxford, c/o Rawlings Financial Services LLC, PO Box 2020, La Grange KY 40031-2020 |
| 518966538 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Aug 02 2024 20:35:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519014043 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Aug 02 2024 20:35:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519000424 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | | Aug 02 2024 20:34:00 | State of New Jersey, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 518992263 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |
| | | | Aug 02 2024 20:34:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519002936 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |
| | | | Aug 02 2024 20:35:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 518966540 | | Email/PDF: BankruptcyNoticesDFVendor@wellsfargo.com | | |
| | | | Aug 02 2024 20:43:31 | Wells Fargo, PO Box 10306, Des Moines, IA 50306-0306 |
| 518986419 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Aug 02 2024 20:43:29 | Wells Fargo Bank, N.A., Attn: Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |

TOTAL: 24

Case 20-20921-CMG    Doc 189    Filed 08/04/24    Entered 08/05/24 00:13:50    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 02, 2024 | Form ID: pdf905 | Total Noticed: 53 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Raymond Dietrich, c/o Giordano, Halleran & Ciesla, P.C., 125 Half Mile Road, Suite 300, Red Bank, NJ 07701-6777 |
| 518994498 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519066708 | * | Lexus Financial Services, P.O. Box 9490, Cedar Rapids IA 52409-9490 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 04, 2024         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Andrea Dobin | on behalf of Trustee Thomas Orr adobin@msbnj.com  cgallo@msbnj.com |
| Barry R. Sharer | on behalf of Accountant Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com  BSharer@SharerPBS.com;nj83@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Donald F. Campbell, Jr. | on behalf of Creditor Raymond Dietrich dcampbell@ghclaw.com  4433@notices.nextchapterbk.com |
| Donald F. Campbell, Jr. | on behalf of Creditor Air Technical Home Services LLC d/b/a Air Technical Services dcampbell@ghclaw.com  4433@notices.nextchapterbk.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| James P. Berg | on behalf of Creditor WBL SPO I LLC s/h/a Axios Bank james.berg@piblaw.com, Daniel.schleifstein@piblaw.com |
| James P. Berg | on behalf of Creditor World Business Lenders LLC s/h/a Axios Bank james.berg@piblaw.com, Daniel.schleifstein@piblaw.com |
| Joseph Casello | on behalf of Debtor Carolyn E. Brown jcasello@cvclaw.net  jcasello627@gmail.com |
| Joseph R Zapata, Jr | on behalf of Trustee Thomas Orr jzapata@msbnj.com |
| Thomas Orr | tom@torrlaw.com  Torr@ecf.axosfs.com |
| Timothy P. Neumann | on behalf of Interested Party Douglas Brown timothy.neumann25@gmail.com btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com;neumann.timothyb127774@notify.bestcase. |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Aug 02, 2024 | Form ID: pdf905 | Total Noticed: 53 |

com

Travis Graga

on behalf of Interested Party Browns Gas Appliance and Furnace Service Inc. trgraga@norris-law.com

Travis Graga

on behalf of Interested Party Brown's Heating and Cooling  Inc. trgraga@norris-law.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers

on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

William M.E. Powers, III

on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com


TOTAL: 18