Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20–20921–CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Carolyn E. Brown
    88 Birch Ave
    Little Silver, NJ 07739

Social Security No.:
    xxx–xx–0239

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I Wanda Rogers , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

77.4642% Interest in Patterson Avenue Property, LLC.


Dated: August 28, 2024
JAN: wdr

                                                                Jeanne Naughton
                                                                Clerk