Order Filed on June 16, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**McMANIMON, SCOTLAND**<br>**& BAUMANN, LLC**<br>427 Riverview Plaza<br>Trenton, NJ  08611<br>609.695.6070<br>*ATTORNEYS FOR THOMAS J. ORR,*<br>*CHAPTER 7 TRUSTEE* | |
| IN RE:<br><br>CAROLYN E. BROWN,<br><br>            Debtor. | Case No.   20-20921(MEH)<br><br>Hearing Date: June 16, 2025<br>at 2:00 p.m.<br><br>Honorable Mark Edward Hall, U.S.B.J. |

## ORDER ALLOWING SECOND INTERIM ALLOWANCE OF FEES & EXPENSES TO McMANIMON, SCOTLAND & BAUMANN, LLC COUNSEL TO THOMAS J. ORR, CHAPTER 7 TRUSTEE

The relief set forth on the following page number two (2) is hereby **ORDERED**.

**DATED: June 16, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Carolyn E. Brown
Case No:  20-20921(CMG)
Caption of Order: Order Allowing Fees & Expenses of Counsel to the Trustee

**THIS MATTER** having been opened to the Court upon the Application of McManimon, Scotland & Baumann, LLC, counsel to the Trustee (the "Applicant"), in the above-captioned proceeding, for the entry of an Order allowing Second Interim allowance of fees and expenses to Applicant, and the Court having read and considered the Applicant's Application and the supporting Affidavit, and notice of said Application having been given to the Office of the United States Trustee, Debtor and Debtor's counsel, and all others requesting electronic notice, and for other and good cause shown:

**IT IS ORDERED:**

1.     McManimon, Scotland & Baumann, LLC, counsel to the Trustee, is hereby granted Second Interim allowance on account of legal services rendered to the Trustee in the sum of $13,075.00 together with the sum of $26.63 for out-of-pocket disbursements, for a total allowance of $13,101.63 without prejudice to said counsel's right to seek additional allowances.

4935-9328-0064, v. 1